Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Benjamin I. Oreper, State Bar No. 329480
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:   eelliot@bfesf.com
         elowry@bfesf.com
         boreper@bfesf.com

Attorneys for Defendants
PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, AMANDA BARK, LISA HICKEY, and KEN DAUBER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING FURTHER MEDIATION**<br><br><br>**Hon. Nathanael M. Cousins** |

Counsel for Plaintiff Peter Colombo, for Defendants Palo Alto Unified School District, Don Austin, Lisa Hickey, Amanda Bark and Ken Dauber (collectively, the "District Defendants"), and for Defendant Michele Dauber (collectively, the "parties") report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5.

On May 17, 2024, the parties participated in Mediation with Court-appointed mediator Nina Senn. The matter did not resolve at this time.

The parties have now agreed to participate in an additional session of mediation with a private mediator agreed to by the parties. This mediation will take place on May 29, 2024.

In order to facilitate this further mediation, the parties stipulate to a stay of all further proceedings

in this matter until June 3, 2024. This is inclusive of Defendants' responsive pleadings, including motion(s) to dismiss or anti-SLAPP motion(s), which the parties agree will now be due on June 3, 2024 in the event that mediation is unsuccessful. The parties stipulate for an order enlarging the briefing in response/opposition to any such motions to provide Plaintiff up to 4 weeks to respond to any such motions and to provide Defendants up to 2 weeks for any reply briefs. The parties will submit a stipulation and proposed order to the Court relating to enlarged briefing should mediation be unsuccessful. The stay is also inclusive of the parties' initial disclosures, which will now be due on June 3, 2024.

Dated: May 22, 2024

LAW OFFICE OF EVAN C. NELSON

By: _____
Evan C. Nelson
Attorneys for Plaintiff
PETER COLOMBO

Dated: 5/23/2024

BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____
Eugene B. Elliot
Ethan M. Lowry
Benjamin I. Oreper
Attorneys for Defendants
PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, AMANDA BARK, LISA HICKEY and KEN DAUBER

Dated: 5/23/2024

BLEDSOE, DIESTEL, TREPPA & CRANE LLP

By: _____
Alison Crane
Attorneys for Defendant
MICHELE DAUBER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. All further proceedings in this matter are stayed until June 3, 2024, to facilitate completion of the parties' mediation on May 29, 2024.

2. It is further ordered that _____

   _____.

                                                    _____
                                                    NATHANAEL M. COUSINS, United States Magistrate Judge
                                                    U.S. District Court for the Northern District of California