EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEN DAUBER ONLY**<br><br>Hon. Nathanael M. Cousins |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL: Plaintiff Peter Colombo, through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses Defendant Ken Dauber only. Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated:  May 30, 2024

Respectfully submitted,

LAW OFFICE OF EVAN C. NELSON

By: _____
Evan C. Nelson
Attorneys for Plaintiff PETER COLOMBO

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is LAW OFFICE OF EVAN C. NELSON, 1990 N California Blvd, Floor 8, Walnut Creek, CA 94596-4509.

On May 30, 2024, I served the foregoing document described as:

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEN DAUBER ONLY**

__X__   (BY EMAIL TRANSMISSION) I had such document(s) delivered via e-mail transmission to the addressees as set forth below. I have not received any return email indicating such email transmission(s) were not successfully accomplished.

| | |
|---|---|
| Eugene Elliott, Esq.<br>Ethan Lowry, Esq.<br>Benjamin I. Oreper, Esq.<br>Bertrand Fox Elliot Osman & Wenzel<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, CA 94109<br>eelliot@bfesf.com; elowry@bfesf.com;<br>boreper@bfsef.com; lroberts@bsesf.com;<br>sguerrero@bfesf.com<br><br>*Attorneys for Defendants Palo Alto Unified School District, Don Austin, Lisa Hickey, Amanda Bark, and Ken Dauber* | Alison Crane, Esq.<br>Whitney T. Smith, Esq.<br>Bledsoe, Diestel, Treppa & Crane<br>180 Sansome Street, 5th Floor<br>San Francisco, CA 94104<br>acrane@bledsoelaw.com;<br>wtsmith@bledsoelaw.com;<br>calendar@bledsoelaw.com<br><br>*Attorneys for Defendant Michele Dauber* |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 30, 2024.

_____
Evan C. Nelson