EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00909-NC<br><br>**CASE MANAGEMENT STATEMENT**<br><br>PER DKT #23, CLERK'S NOTICE<br><br><br><br>HON. NATHANAEL M. COUSINS |

　　　　Per the Clerk's Notice, Dkt #23, Plaintiff Peter Colombo hereby submits a Case Management Statement answering two specific questions. First, Plaintiff is willing to accept referral to a magistrate judge for settlement conference. Second, Plaintiff requests it be conducted so no delays result to litigation or the hearings scheduled for July 10, 2024. Counsel is also unavailable July 12th through July 26th for a preplanned vacation without reliable access to email or telephone/zoom.

Dated:  June 7, 2024　　　　　　　　　　　　　LAW OFFICE OF EVAN C. NELSON

　　　　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Evan C. Nelson
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff PETER COLOMBO

1