1  EVAN C. NELSON (SBN 172957)
   LAW OFFICE OF EVAN C. NELSON
2  1990 N. CALIFORNIA BLVD., 8TH FLOOR
   WALNUT CREEK, CA 94596
3  Telephone: (925) 323-1991
4  Email: evancnelson.law@gmail.com

5  *Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>     Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN sued individually and in his capacity as Superintendent at PAUSD, LISA HICKEY sued individually and in her capacity as Director HR Certificated Employees at PAUSD, and AMANDA BARK sued individually and in her capacity as Manager Policy and Legal Compliance at PAUSD,<br><br>     Defendants. | Case No. 5:24-cv-00909-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PETER COLOMBO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**FED. RULES CIV.PROC., RULE 56**<br><br>DATE:       SEPTEMBER 25, 2024<br>TIME:        11:00 AM<br>LOCATION: COURTROOM 5, 4th FLOOR<br><br><br>JUDGE:   HON. NATHANAEL M. COUSINS |

Before the Court is Plaintiff's Motion for Partial Summary Judgment. The Motion is GRANTED as discussed below.

**ISSUES PRESENTED**

The matters on which moving party is seeking partial summary judgment are as follows:

1.  Defendants are local government actors not entitled to sovereign immunity for their participation in a conspiracy to extort Plaintiff into early retirement through intentional violation of Title

IX protections, suppression of evidence designed to violate procedural and substantive due process, abuse of criminal and administrative proceedings and discrimination violating Title VII and FEHA.

2. Defendants are not entitled to qualified immunity for knowing violations of well-established law in their attempts to extort Plaintiff into early retirement.

3. Defendants violated California's Fair Employment and Housing Act ("FEHA"), using an arrest without any finding of misconduct to advance discriminatory attempts to extort early retirement.

4. Defendants violated Title VII, 42 U.S.C. §§ 2000e, *et seq*, using an arrest without any finding of misconduct to advance discriminatory attempts to extort early retirement.

5. Defendants' constructively terminated Plaintiff's employment, and the false rape stain Defendants sponsored permeates the media preventing Plaintiff from obtaining employment elsewhere.

6. Plaintiff is entitled to a judgment against Defendants, jointly and severally, for economic damages in the amount of $5,201,739.

Having reviewed the briefs and evidence submitted by the parties, having considered and granted requests for judicial notice of facts as requested by Plaintiff, having heard oral arguments by counsel, good cause appears for granting Plaintiff's requests for partial summary judgment as no triable issues exist.

WHEREFORE, the Court GRANTS Plaintiff's Motion for Partial Summary Judgment. Trial will now be limited to issues of compensation for past economic losses, non-economic damages, other potential statutory damages and, if appropriate, punitive damages against the individual defendants in their individual capacities.

**IT IS SO ORDERED.**

_____
NATHANAEL M. COUSINS, United States Magistrate Judge
U.S. District Court for the Northern District of California