1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8            NORTHERN DISTRICT OF CALIFORNIA

9

10

11    PETER COLOMBO,                          Case No. 24-cv-00909-NC

              Plaintiff,              **ORDER DENYING PLAINTIFF'S**
12                                    **MOTION FOR PARTIAL**
                                      **SUMMARY JUDGMENT**
13       v.                           **WITHOUT PREJUDICE**

14    PALO ALTO UNIFIED SCHOOL        Re: ECF 43, 45, 55, 62, 63, 66, 67
      DISTRICT, et al.,
15            Defendants.

16

17          Plaintiff Peter Colombo alleges Defendants Palo Alto Unified School District and

18    four District officials violated his procedural and substantive due process rights and

19    discriminated against him based on events following an allegation that Plaintiff raped a

20    middle school student.  Plaintiff filed a motion for partial summary judgment concurrent

21    with an opposition to a motion to dismiss the first amended complaint brought by

22    Defendants.  The Court DENIES Plaintiff's motion without prejudice.

23          Plaintiff filed an initial complaint on February 15, 2024.  ECF 1.  Plaintiff filed a

24    first amended complaint on July 10, 2024, which seeks damages and monetary relief.  ECF

25    37.  Plaintiff then filed a motion for partial summary judgment and supporting exhibits.

26    ECF 43, 45, 55.  Defendants filed an opposition brief and exhibits.  ECF 62, 63.  Plaintiff

27    filed a reply with exhibits.  ECF 66.  Defendants objected to Plaintiff's reply evidence.

28    ECF 67.  All parties have consented to magistrate judge jurisdiction under 28 U.S.C. §

United States District Court
Northern District of California

636(c).  ECF 7, 11, 59.

The Court has granted Defendants' motion to dismiss the first amended complaint with leave for Plaintiff to amend multiple claims.  ECF 68.  As such, the Court DENIES Plaintiff's motion for partial summary judgment without prejudice to moving for summary judgment following an amended pleading.  The Court also notes Defendants' objection to Plaintiff's reply evidence is therefore moot.

**IT IS SO ORDERED.**

Dated:  September 16, 2024

_____

NATHANAEL M. COUSINS
United States Magistrate Judge