EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Chief of Staff for PAUSD,<br><br>Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF PETER COLOMBO'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS RE: WELL ESTABLISHED LAW PROHIBITED CONCEALMENT OF EXCULPATORY EVIDENCE**<br><br>**(Civil Local Rule 7-11)**<br><br>**HON. NATHANAEL M. COUSINS** |

PLEASE TAKE NOTICE THAT, pursuant to civil local rule 7-11, Plaintiff Peter Colombo submits this administrative motion for leave to file a supplemental submission to oppose the pending motion to dismiss. This motion is supported by: (1) the following memorandum of points and authorities; and (2) the declaration of Evan C. Nelson. In accordance with L-R 7-2(c), a [proposed] form of order accompanies this administrative motion.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Administrative motions under local rule 7-11 are frequently employed for the purpose Of requesting leave to file a supplemental submission in further support of a pending motion And/or development of the record. *See, e.g. In re High-Tech Emp. Antitrust Litig.*, 289 F.R.D. 555 (N.D. Cal. 2013); *Tri-Valley Cares v. U.S. Dept. of Energy*, No. Civ. 08-01372 SBA, 2008 WL 4167295 at *1 (N.D. Cal. Sept. 8, 2008). Defendants refused Plaintiff's request that they stipulate to the supplemental briefing asserting that if the Court wanted the additional briefing it would specifically request such.

On November 13, 2024, the Court heard oral argument on Defendants' Motion to Dismiss. During the course of oral argument, the court posed questions concerning whether any established existing law prohibited persons other than investigating officers from concealing evidence and thereby violating the constitutional right to fair proceedings. This precise issue was not contemplated by Plaintiff prior to the hearing as it seemed to be a strained reading of well-established law that concealment of evidence, regardless of who did the concealing, would improperly impinge on the right to fair proceedings, thereby constituting a violation of an established constitutional right.

During the hearing, counsel explained that he had undergone several medical procedures and had been under general anesthesia just over 24 hours prior to the hearing, and was a little addle-minded but did feel well enough to proceed. There were, however, times when counsel lost his train of thought and was not operating at the top of his abilities. Plaintiff's response to the Court's query regarding whether well-established law prohibited persons other than investigating officials from concealing evidence was not as complete as it should have been, which became apparent to counsel as additional time passed.

Moreover, counsel expressly requested an opportunity to submit additional briefing on that specific issue and the Court stated it would consider such a request. This administrative motion formalizes counsel's request to submit a very short supplement brief, less than 5 pages in length. A copy of Plaintiff's proposed Supplemental Submission is attached hereto as Exhibit A.

Respectfully submitted,

Dated: November 14, 2024

LAW OFFICES OF EVAN C. NELSON

By: *___/s/ Evan C. Nelson___*
EVAN C. NELSON
Attorneys for Plaintiffs