EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER COLOMBO,

Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Chief of Staff for PAUSD,

Defendants.

Case No. 5:24-cv-00909-NC

**DECLARATION OF EVAN C. NELSON REGARDING PLAINTIFF PETER COLOMBO'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION TO DISMISS RE: WELL ESTABLISHED LAW PROHIBITED CONCEALMENT OF EXCULPATORY EVIDENCE**

**(Civil Local Rule 7-11)**

**HON. NATHANAEL M. COUSINS**

I, Evan C. Nelson do hereby declare as follows:

1. I am counsel of record for Plaintiff Peter Colombo in this action and I have personal knowledge of the facts stated in this declaration.

2. On November 13, 2024, after returning from the hearing on Defendants' Motion to Dismiss in this matter, I emailed opposing counsel and requested that they stipulate to allow Plaintiff to submit a very short supplemental brief regarding the Court's query regarding whether established law prohibited

persons other than police officers or investigating officials from concealing evidence in the context of a criminal investigation.

3. Opposing counsel refused to stipulate asserting that it was their understanding the Court would separately request supplemental briefing, if such was appropriate.

4. On November 13, 2024, the Court heard oral argument on Defendants' Motion to Dismiss. During the course of oral argument, the court posed questions concerning whether any established existing law prohibited persons other than investigating officers from concealing evidence and thereby violating the constitutional right to fair proceedings.

5. I had not contemplated this question prior to the hearing and during the hearing, as explained to the Court, I had undergone several medical procedures and had been under general anesthesia just over 24 hours prior to the hearing, which left me a little addle-minded.

6. My response to the Court's query regarding whether well-established law prohibited persons other than investigating officials from concealing evidence was not as complete as it should have been, which became apparent to me as additional time passed.

7. I expressly requested an opportunity to submit additional briefing on this specific issue and the Court stated it would consider such a request.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and was executed on the 14th Day of November, 2024, in Walnut Creek, California.

*<u>/s/ Evan C. Nelson</u>*_____________________
EVAN C. NELSON