EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER COLOMBO,

Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Chief of Staff for PAUSD,

Defendants.

Case No. 5:24-cv-00909-NC

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PLAINTIFF PETER COLOMBO'S SUPPLEMENTAL SUBMISSION IN OPPOSITION TO MOTION TO DISMISS**

**HON. NATHANAEL M. COUSINS**

Having considered all submissions in connection with the Administrative Motion to File Plaintiff Peter Colombo's Supplemental Submission in Opposition to Motion to Dismiss, and the Declaration of Evan C. Nelson dated November 14, 2024, and good cause appearing, it is hereby **ORDERED** that Plaintiff's Administrative Motion for Leave to File Plaintiff Peter Colombo's Supplemental Submission in Opposition to Defendants' Motion to Dismiss is hereby GRANTED.

Dated:________________________

________________________________
NATHANAEL M. COUSINS
Magistrate Judge, United States District Court