| | | | | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — CAND 435 (CAND Rev. 08/2018) | | | TRANSCRIPT ORDER — Please use one form per court reporter. CJA counsel please use Form CJA24. Please read instructions on next page. | | | COURT USE ONLY DUE DATE: | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**1a. CONTACT PERSON FOR THIS ORDER:** Courtney Stubbs
**2a. CONTACT PHONE NUMBER:** (925) 323-1991
**3. CONTACT EMAIL ADDRESS:** evancnelson.law@gmail.com

**1b. ATTORNEY NAME (if different):** Evan C. Nelson
**2b. ATTORNEY PHONE NUMBER:** (925) 708-2072
**3. ATTORNEY EMAIL ADDRESS:** evancnelson.law@gmail.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Law Office of Evan C. Nelson
1990 N. California Blvd., 8th Floor
Walnut Creek, CA 94596

**5. CASE NAME:** Colombo v. Palo Alto Unified School District, et al.

**6. CASE NUMBER:** 5:24-cv-00909

**7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR:** Recorded (Liberty Recording)

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☒ NON-APPEAL   ☒ CIVIL   CJA: Do not use this form; use Form CJA24.

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/2024 | NC | CMC | 11:37 am - 11:56 am | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| 11/13/2024 | NC | HRG | 11:52 am - 1:16 pm | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Evan C. Nelson

**12. DATE:** 11/18/2024