EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Benjamin I. Oreper, State Bar No. 329480
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    eelliot@bfesf.com
          elowry@bfesf.com
          boreper@bfesf.com

Attorneys for Defendants
PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN,
AMANDA BARK, LISA HICKEY and TRENT BAHADURSINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**JOINT STIPULATION TO CONTINUE ADR COMPLETION DEADLINE; ORDER CONTINUING ADR DEADLINE**<br><br><br><br>**Hon. Nathanael M. Cousins** |

The Parties to the above-entitled action jointly submit this JOINT STIPULATION TO CONTINUE ADR COMPLETION DEADLINE pursuant to the Clerk's Notice Setting Settlement Conference, Docket No. 129.

1

1. The Mandatory Settlement Conference previously set in this matter for February 26, 2025 was vacated at the agreement of counsel for the parties due to the sudden unavailability of co-lead trial counsel (Ethan Lowry) for Defendants beginning February 24, 2025.

2. Pursuant to the Court's scheduling order mandating completion of ADR by April 22, 2025, the Parties conferred and agreed to request that the Court re-set the settlement conference to a date in compliance with that deadline. That request was made via e-mail on March 31, 2025.

3. On April 1, 2025, the Court set a further mandatory settlement conference for April 30, 2025. Susie F. Barrera, Interim Courtroom Deputy for Magistrate Susan van Keulen, informed the Parties via email that Magistrate Van Keulen was aware that this date was after the April 22nd deadline set by the Court, and suggested that the Parties seek a "modest extension" of the ADR completion deadline to facilitate the new date for the settlement conference.

Accordingly, the Parties respectfully request that the Court continue the ADR completion deadline from 4/22/25 to 5/1/25 to facilitate the new Mandatory Settlement Conference date in this matter.

Dated: April 21, 2025                          LAW OFFICE OF EVAN C. NELSON

                                               By:   */s/ Evan C. Nelson*
                                                     Evan C. Nelson
                                                     Attorneys for Plaintiff
                                                     PETER COLOMBO

Dated: April 21, 2025                          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                               By:   */s/ Benjamin I. Oreper*
                                                     Eugene B. Elliot
                                                     Ethan M. Lowry
                                                     Benjamin I. Oreper
                                                     Attorneys for Defendants
                                                     PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, AMANDA BARK, LISA HICKEY and TRENT BAHADURSINGH

## ELECTRONIC CASE FILING ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: April 21, 2025

By: */s/ Benjamin I. Oreper*
 Benjamin I. Oreper

**ORDER**

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Completion of ADR/settlement deadline set for April 22, 2025, shall be continued to ~~May 1, 2025.~~

**IT IS SO ORDERED.**

DATED: April 21, 2025

Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE



4

JOINT STIPULATION TO CONTINUE ADR COMPLETION DEADLINE
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC