UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER COLOMBO,

Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,

Defendants.

Case No. 5:24-cv-00909-NC

**MOTION TO SUBSTITUTE LAW FIRM; ORDER**

On behalf of (party name) **DON AUSTIN**, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
**Alison K. Beanum** (SBN 221968), **Veena A. Mitchell** (161153), **CLYDE & CO US LLP**, 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071, Tel. 213.358.7600

Name(s) of counsel withdrawing from representation and firm name:
Eugene B. Ellliott (SBN 111475), Ethan M. Lowry (SBN 278831), Benjam I. Oreper (SBN 329480), BERTRAND, FOX, ELLIOT, OSMAN & WENZEL, 2749 Hyde Street, San Francisco, CA 94109

Date: May 13, 2025

**ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: May 13, 2025

UNITED STATES DISTRICT/MAGISTRATE JUDGE
**The Honorable Nathanael M. Cousins**

GRANTED
Judge Nathanael M. Cousins

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071. My email address is angelo.mccabe@clydeco.us.

On the date indicated below, a true and correct copy of the foregoing **MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, **May 13, 2025**, at Pasadena, California.

_____

Angelo McCabe