CHARLES H. JUNG (217909)
(charles@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
Telephone:  (415) 762-3100
Facsimile:  (415) 534-3200

Attorneys for Non-Party
KOMATHY VISHAKAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>         Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,,<br><br>         Defendants. | Case No.: 5:24-CV-00909-NC<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF PETER COLOMBO'S ADMINISTRATIVE MOTION FOR LEAVE TO SERVE DEPOSITION AND DOCUMENT SUBPOENA VIA EMAIL AND DIRECTING PERMANENT SEALING OR REDACTION OF PRIVATE INFORMATION**<br><br>Date:       May 28, 2025<br>Time:      11:00 a.m.<br>Before:    Hon. Magistrate Judge<br>               Nathanael M. Cousins<br>Location: Courtroom 5 |

1. Having considered Plaintiff Peter Colombo's Administrative Motion for Leave to Serve Deposition and Document Subpoena on Komey Vishakan via Email (Dkt. 143, 144), Non-Party Komathy Vishakan's Opposition thereto (Dkt. 146), the supporting declarations and exhibits, the Court's Order dated May 16, 2025 (Dkt. 145) temporarily sealing Dkt. 143 due to concerns over the public disclosure of Ms. Vishakan's private information, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff Peter Colombo's Administrative Motion for Leave to Serve Deposition and Document Subpoena on Komey Vishakan via Email is **DENIED.**

2. Pursuant to Federal Rule of Civil Procedure 5.2(e) and the Court's inherent authority to protect non-parties from annoyance, embarrassment, and undue burden, and in light of the Court's findings in its May 16, 2025 Order (Dkt. 145) regarding the unnecessary and unreasonable public disclosure of Ms. Vishakan's private information, Docket Entry 143 shall remain under seal. Alternatively, if Docket Entry 143 is to be unsealed in any form, Plaintiff's counsel shall, within seven (7) days of this Order, file a redacted version of Docket Entry 143 and all its exhibits, redacting all instances of Ms. Vishakan's home address, personal email address, vehicle license plate number, and any photographs depicting her home (interior or exterior) or vehicle. The Clerk shall ensure any previously filed unredacted versions accessible to the public are restricted.

3. Plaintiff's request for recovery of costs associated with attempting service on Ms. Vishakan is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____            _____

HON. NATHANAEL M. COUSINS
United States Magistrate Judge