EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>　　　　　　　　　　Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF PETER COLOMBO'S REPLY SUPPORTING ADMINISTRATIVE MOTION FOR LEAVE TO SERVE DEPOSITION AND DOCUMENT SUBPOENA ON KOMEY VISHAKAN VIA SERVICE ON HER ATTORNEY AND/OR VIA EMAIL SENT TO HER EMAIL ADDRESS REGISTERED WITH THE CALIFORNIA STATE BAR AND HER EMAIL AT THE LAW FIRM WHERE SHE IS EMPLOYED**<br><br>**HON. NATHANAEL M. COUSINS** |

Plaintiff's counsel profoundly apologizes for not redacting the addresses from declarations and exhibits provided in support of the motion to allow alternative service of a subpoena on Komey Vishakan and will refile with redactions if deemed necessary by the Court. Plaintiff's five-page brief filed in support of the relief requested carefully did not include personal information, but based on the time sensitive nature of the request due to other counsel's stated unavailability after June 7, 2025 and through fact discovery close, the filing was overly rushed. Counsel has identified the places in the exhibits where email or physical addresses are noted and can immediately redact those and eliminate the photographs.

The opposition continues to conflate scheduling of a deposition and numerous issues that cannot be discussed until after service of the subpoena is accomplished. Accordingly, Plaintiff respectfully requests that the subpoena for deposition testimony be deemed served through actual receipt by the proposed deponent or alternative service be allowed. Although Defendants' counsel represented he was coordinating scheduling of the deposition, Mr. Jung was clear he would not discuss scheduling until after personal service was completed. Despite his protestations to the contrary, Ms. Vishakan's evasion of service is very clearly documented in the exhibits to Plaintiff's motion, including declarations from three separate process servers, one of whom is a former police detective.

Plaintiff is not interested in forcing a deposition before the witness has sorted out her dispute with defendants regarding indemnification, however, defendants and Mr. Jung have not been able to resolve their disagreements on that front over the last 6-7 months. Mr. Jung is concerned that his client might be added as a defendant to this matter, but Plaintiff has no intention of adding any new parties or claims unless such is absolutely necessary after taking Ms. Vishakan's deposition – and at present, there still is no reason to believe her addition to the case will be necessary.

Plaintiff renews his request to deem service of the subpoena complete or allow service via email, so that the next stages of coordinating a deposition schedule can proceed.

Dated:  May 19, 2025

Respectfully submitted,

LAW OFFICES OF EVAN C. NELSON

By: _____*/s/ Evan C. Nelson*_____
EVAN C. NELSON
Attorneys for Plaintiffs

-1-

PLTF.'S REPLY ISO ADMIN. MOT. TO ALLOW ALTERNATIVE SERVICE ON KOMEY VISHAKAN
*Colombo v. Palo Alto Unified School District, et al.* Case No.: 5:24-cv-00909-NC

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is: 1990 N California Blvd, Floor 8, Walnut Creek, CA 94596. On <u>May 19, 2025</u>, I served the foregoing document described as:

**PLAINTIFF PETER COLOMBO'S ADMINISTRATIVE MOTION FOR LEAVE TO SERVE DEPOSITION AND DOCUMENT SUBPOENA ON KOMEY VISHAKAN VIA SERVICE ON HER ATTORNEY AND/OR VIA EMAIL SENT TO HER EMAIL ADDRESS REGISTERED WITH THE CALIFORNIA STATE BAR AND HER EMAIL AT THE LAW FIRM WHERE SHE IS EMPLOYED**

__X__    (BY EMAIL TRANSMISSION) I had such document(s) delivered via e-mail transmission to the addressees as set forth below. I have not received any return email indicating such email transmission(s) were not successfully accomplished.

| | |
|---|---|
| Eugene Elliot<br>Ethan Lowry<br>Benjamin I. Oreper<br>BERTRAND, FOX, ELLIOT, ET AL.<br>2749 Hyde Street<br>San Francisco, CA 94109<br>(415) 353-0999<br><br>eelliot@bfesf.com; elowery@bfesf.com; boreper@bfesf.com; lroberts@bfesf.com; sguerrero@bfesf.com<br><br>*Attorneys for Defendants PAUSD, Lisa Hickey, Amanda Bark and Trent Bahadursingh* | Alison Beanum<br>Veena Mitchell<br>CLYDE & CO US LLP<br>335 S Grand Ave., Ste 1400<br>Los Angeles, CA 90071-1562<br>(213) 358-7660<br><br>alison.beanum@clydeco.us<br>veena.mitchell@clydeco.us<br><br>*Attorneys for Defendant Don Austin* |
| | Charles Jung<br>NASSIRI & JUNG LLP<br>1700 Montgomery Street, Ste 207<br>San Francisco, CA 94111-1023<br>(415) 762-3100<br>charles@njfirm.com<br><br>*Attorneys for Komey Vishakan* |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>May 19, 2025</u>.

_____
EVAN C. NELSON

-2-

PLTF.'S REPLY ISO ADMIN. MOT. TO ALLOW ALTERNATIVE SERVICE ON KOMEY VISHAKAN
*Colombo v. Palo Alto Unified School District, et al.* Case No.: 5:24-cv-00909-NC