1  EVAN C. NELSON (SBN 172957)
   LAW OFFICE OF EVAN C. NELSON
2  1990 N. CALIFORNIA BLVD., 8TH FLOOR
   WALNUT CREEK, CA 94596
3  Telephone: (925) 323-1991
   Email: evancnelson.law@gmail.com
4
   *Attorneys for Plaintiff Peter Colombo*



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>                     Plaintiff,<br><br>     v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>                     Defendants. | Case No. 5:24-cv-00909-NC<br><br>**JOINT STATEMENT REGARDING DEPOSITION OF KOMEY VISHAKAN**<br><br>**HON. NATHANAEL M. COUSINS** |

**Plaintiff's Position:**

      All parties, through their counsels, and the witness, have communicated their availability and agreement to commence the deposition of Komey Vishakan beginning at 1:00 p.m. on June 5, 2025 with the location in San Francisco.

**Witness Komey Vishakan's Position:**

      Counsel for Ms. Vishakan and Plaintiff Peter Colombo have met and conferred. Ms. Vishakan will appear for her deposition, as demanded by the subpoena, on Thursday, June 5, 2025, at 1:00 PM

PST. The parties have agreed the deposition will take place in San Francisco, California.

Ms. Vishakan is the former General Counsel for Defendant Palo Alto Unified School District ("PAUSD"). She is entitled to indemnification and a defense, including conflict-free independent counsel, from PAUSD under her employment agreement and Cal. Gov. Code § 995 et seq.

Ms. Vishakan tendered her defense in writing to PAUSD on November 1, 2024. PAUSD's claims administrator, NCR, by email dated May 27, 2025, has stated that Ms. Vishakan's formal objection to its proposed panel counsel (due to conflicts of interest) and her request for Nassiri & Jung LLP as her chosen independent counsel will not be decided until *after* she presents her request at an NCR C&C Board meeting on June 4, 2025.

Despite PAUSD/NCR's failure to timely approve and agree to fund her chosen conflict-free independent counsel (Nassiri & Jung LLP) prior to the scheduled deposition, Ms. Vishakan intends to appear for her deposition as scheduled on June 5, 2025, represented by Nassiri & Jung LLP. She does so to facilitate discovery in this matter and comply with the Court's directives for timely scheduling. Ms. Vishakan proceeds under full reservation of all her rights against PAUSD and NCR for defense, complete indemnification, and full reimbursement of all legal fees and costs incurred in connection with her representation by Nassiri & Jung LLP.

Ms. Vishakan served her formal Objections to Subpoena on Plaintiff's counsel on May 27, 2025, detailing, *inter alia*, her lack of possession of PAUSD documents and numerous privilege (primarily PAUSD's) and burden objections. PAUSD has not yet provided direction to Ms. Vishakan or her counsel regarding the assertion or waiver of its privileges for her testimony or for documents it has produced that involve her, but we expect it to do so tomorrow.

Ms. Vishakan is proceeding with the June 5, 2025 deposition in good faith despite the unresolved issues with her former employer, PAUSD, which is a defendant in this action. She respectfully brings these circumstances to the Court's attention.

**Defendant Don Austin's Position:**

Defendant Don Austin ("Austin") is neither requesting nor opposing the deposition of Komey Vishakan and, therefore, takes no position on this issue. Counsel for Austin is available to attend the deposition of Komey Vishakan at 1:00 p.m. on June 5, 2025.

**Defendants District, Lisa Hickey, Trent Bahadursingh and Amanda Bark's Position:**

Counsel for Defendants Palo Alto Unified School District, Lisa Hickey, Trent Bahadursingh and Amanda Bark is available, and intends to appear, for the deposition of Komey Vishakan on June 5, 2025 at 1:00pm.

Dated: May 28, 2025          LAW OFFICES OF EVAN C. NELSON

                             By:   /s/ Evan C. Nelson
                                   EVAN C. NELSON
                                   Attorneys for Plaintiffs

Dated: May 28, 2025          NASSIRI & JUNG LLP

                             By:   /s/ Charles H. Jung
                                   CHARLES H. JUNG
                                   Attorneys for Komathy Vishakan

Dated: May 28, 2025          BERTRAND FOX ELLIOT OSMAN & WENZEL

                             By:   /s/ Benjamin I. Oreper
                                   BENJAMIN I. OREPER
                                   Attorneys for Defendants Palo Alto Unified
                                   School District, Trent Bahadursingh,
                                   Lisa Hickey and Amanda Bark

Dated: May 28, 2025          CLYDE & CO. US LLP

                             By:   /s/ Alison Beanum
                                   ALISON BEANUM
                                   Attorneys for Defendant Don Austin