EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>         Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>         Defendants. | Case No. 5:24-cv-00909-NC<br><br>**ADDENDUM TO STATEMENT REGARDING WAIVER OF COUNSEL'S GLOBAL DESIGNATION OF THE TRANSCRIPT FOR THE DEPOSITION TESTIMONY OF KOMEY VISHAKAN AS "CONFIDENTIAL" FOR FAILURE TO TIMELY MAKE A MOTION TO RETAIN THE CONFIDENTIALITY DESIGNATION**<br><br>**[PROTECTIVE ORDER, ECF #65]**<br><br><br>**HON. NATHANAEL M. COUSINS** |

Pursuant to request from counsel for Ms. Vishakan, Plaintiff submits this Addendum to Statement Regarding Waiver of the Global Designation of the Transcript for Witness Vishakan's Testimony to make clear that counsel is withdrawing his global designation and Plaintiff agrees to treat the transcript as "confidential" for a reasonable amount of time to allow for submission of a stipulated proposed order marking certain portions of the transcript as "confidential".

Counsel have further met and conferred regarding a "confidentiality" designation of certain portions of the transcript for the deposition of Komey Vishakan. Pursuant to the proposed stipulated

1

1  order, counsel for Ms. Vishakan will withdraw his global designation of the entire transcript as
2  "confidential" to replace the previous Statement Regarding Waiver and those portions of the transcript
3  that are stipulated to be labeled "confidential" will be treated as confidential under the Protective Order
4  filed in this action, ECF #65, with the agreement that in addition to allowing all uses of the transcript as
5  provided in the Protective Order, filing under seal will suffice for use of the testimony for hearings.
6      Plaintiff agrees to treat the entire transcript as "confidential" pending submission of the stipulated
7  proposed order, so long as such is presented to the Court by counsel for Ms. Vishakan within a
8  reasonable timeframe not to exceed on or before July 5, 2025.

Dated: June 30, 2025                     LAW OFFICES OF EVAN C. NELSON

                                  By:    */s/ Evan C. Nelson*
                                        EVAN C. NELSON
                                        Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is LAW OFFICE OF EVAN C. NELSON, 1990 N California Blvd, Floor 8, Walnut Creek, CA 94596. On <u>June 30, 2025</u>, I served the foregoing document described as:

**ADDENDUM TO STATEMENT REGARDING WAIVER OF COUNSEL'S GLOBAL DESIGNATION OF THE TRANSCRIPT FOR THE DEPOSITION TESTIMONY OF KOMEY VISHAKAN AS "CONFIDENTIAL" FOR FAILURE TO TIMELY MAKE A MOTION TO RETAIN THE CONFIDENTIALITY DESIGNATION [PROTECTIVE ORDER, ECF #65]**

__X__   (BY EMAIL TRANSMISSION) I had such document(s) delivered via e-mail transmission to the addressees as set forth below. I have not received any return email indicating such email transmission(s) were not successfully accomplished.

| | |
|---|---|
| Eugene Elliot<br>Ethan Lowry<br>Benjamin I. Oreper<br>BERTRAND, FOX, ELLIOT, ET AL.<br>2749 Hyde Street<br>San Francisco, CA 94109<br>(415) 353-0999<br><br>eelliot@bfesf.com; elowery@bfesf.com; boreper@bfesf.com; lroberts@bfesf.com; sguerrero@bfesf.com<br><br>*Attorneys for Defendants PAUSD, Lisa Hickey, Amanda Bark and Trent Bahadursingh* | Alison Beanum<br>Veena Mitchell<br>CLYDE & CO US LLP<br>335 S Grand Ave., Ste 1400<br>Los Angeles, CA 90071-1562<br>(213) 358-7660<br><br>alison.beanum@clydeco.us<br>veena.mitchell@clydeco.us<br><br>*Attorneys for Defendant Don Austin* |
| | Charles Jung<br>NASSIRI & JUNG LLP<br>1700 Montgomery Street, Ste 207<br>San Francisco, CA 94111-1023<br>(415) 762-3100<br>charles@njfirm.com<br>*Attorneys for Komey Vishakan* |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>June 30, 2025</u>.

_____
Evan C. Nelson, Esq

3