EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>                    Plaintiff,<br><br>      v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>                    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF'S STATEMENT REQUESTING THE COURT DISREGARD MS. VISHAKAN'S COUNSEL'S STATEMENT [ECF #157] THAT VIOLATES THE COURT'S EXPRESS ORDER [ECF #156]**<br><br>**HON. NATHANAEL M. COUSINS** |

      On June 30, 2025, the Court ordered that by July 7, 2025, counsel for Colombo and Vishakan to submit either a stipulated proposed order or a joint discovery statement relating to any remaining protective order disputes relating to Ms. Vishakan's deposition testimony.

      Agreement resolving all issues relating to what portions of testimony would be labeled as "confidential" was reached on June 26, 2025 following Plaintiff's proposal of the terms for such a stipulation. When counsel for Ms. Vishakan demanded this afternoon that Plaintiff file a request for a one-week continuance, Counsel objected to taking on that responsibility because he did not have time to

1

do so. Rather than then following up and filing a joint stipulation for a one-week continuance, counsel for Ms. Vishakan determined to file a self-serving statement that violates the Court's Order to file either a joint statement or a stipulation.

Plaintiff does not agree with counsel's characterizations of events, and for that reason cannot agree to what was filed. Accordingly, Plaintiff requests that the Court disregard counsel's self-serving statement filed as ECF #157.

Plaintiff will agree to the one-week continuance to allow formalization of the stipulation agreed upon on June 26, 2025. Alternatively, Plaintiff submits that Ms. Vishakan's counsel needed to proceed with a joint statement attempting to add provisions not previously agreed upon.

Dated: July 7, 2025                         LAW OFFICES OF EVAN C. NELSON

                                            By:___/s/ Evan C. Nelson_____
                                                EVAN C. NELSON
                                                Attorneys for Plaintiffs

2

PLAINTIFF'S REQUEST FOR THE COURT TO DISREGARD ECF #157
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

    I am employed in the County of Contra Costa, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is LAW OFFICE OF EVAN C. NELSON, 1990 N California Blvd, Floor 8, Walnut Creek, CA 94596. On <u>July 7, 2025</u>, I served the foregoing document described as:

**PLAINTIFF'S STATEMENT REQUESTING THE COURT DISREGARD MS. VISHAKAN'S COUNSEL'S STATEMENT [ECF #157] THAT VIOLATES THE COURT'S EXPRESS ORDER [ECF #156]**

  <u> X </u>  (BY EMAIL TRANSMISSION) I had such document(s) delivered via e-mail transmission to the addressees as set forth below. I have not received any return email indicating such email transmission(s) were not successfully accomplished.

| | |
|---|---|
| Eugene Elliot<br>Ethan Lowry<br>Benjamin I. Oreper<br>BERTRAND, FOX, ELLIOT, ET AL.<br>2749 Hyde Street<br>San Francisco, CA 94109<br>(415) 353-0999<br><br>eelliot@bfesf.com; elowery@bfesf.com; boreper@bfesf.com; lroberts@bfesf.com; sguerrero@bfesf.com<br><br>*Attorneys for Defendants PAUSD, Lisa Hickey, Amanda Bark and Trent Bahadursingh* | Alison Beanum<br>Veena Mitchell<br>CLYDE & CO US LLP<br>335 S Grand Ave., Ste 1400<br>Los Angeles, CA 90071-1562<br>(213) 358-7660<br><br>alison.beanum@clydeco.us<br>veena.mitchell@clydeco.us<br><br>*Attorneys for Defendant Don Austin* |
| | Charles Jung<br>NASSIRI & JUNG LLP<br>1700 Montgomery Street, Ste 207<br>San Francisco, CA 94111-1023<br>(415) 762-3100<br>charles@njfirm.com<br><br>*Attorneys for Komey Vishakan* |

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on <u>July 7, 2025</u>.



3

PLAINTIFF'S REQUEST FOR THE COURT TO DISREGARD ECF #157
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC