CHARLES H. JUNG (217909)
(charles@njfirm.com)
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, California 94111
Telephone:  (415) 762-3100
Facsimile:   (415) 534-3200

Attorneys for Non-Party
KOMATHY VISHAKAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>         Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>         Defendants. | Case No.: 5:24-CV-00909-NC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONFIDENTIALITY DESIGNATION OF DEPOSITION TESTIMONY OF NON-PARTY WITNESS KOMEY VISHAKAN** |

WHEREAS, Plaintiff Peter Colombo ("Plaintiff") took the deposition of non-party witness Komey Vishakan on June 5, 2025;

WHEREAS, a dispute arose between Plaintiff and Ms. Vishakan regarding the designation of her deposition testimony as "CONFIDENTIAL" pursuant to the Stipulated Protective Order entered by the Court on September 4, 2024 (ECF #65) (the "Protective Order");

WHEREAS, counsel for Plaintiff and counsel for Ms. Vishakan have met and conferred via written correspondence to resolve this dispute in good faith and to avoid the need for motion practice;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff and for non-party witness Komey Vishakan, as follows:

1. The provisional blanket "CONFIDENTIAL" designation made on the record during the June 5, 2025 deposition of Komey Vishakan is hereby withdrawn.

2. The portions of Ms. Vishakan's deposition testimony listed in Exhibit A to this Stipulation are hereby designated "CONFIDENTIAL" pursuant to Section 2.2 of the Protective Order and Federal Rule of Civil Procedure 26(c).

3. All portions of Ms. Vishakan's deposition transcript not listed in Exhibit A are not designated as confidential.

4. Pursuant to the parties' agreement, for the specific testimony designated as "CONFIDENTIAL" in Exhibit A, the parties are not required to follow the procedures outlined in Section 12.3 of the Protective Order and Civil Local Rule 79-5 for filing documents under seal. Instead, the parties stipulate that the designated testimony can be used either affirmatively or defensively for motions in this litigation through submission directly under seal.

//
//
//
//

IT IS SO STIPULATED.

Dated: July 14, 2025        LAW OFFICE OF EVAN C. NELSON

                            By:   */s/ Evan C. Nelson*
                                  Evan C. Nelson
                                  Attorneys for Plaintiff Peter Colombo

Dated: July 14, 2025        NASSIRI & JUNG LLP

                            By:   */s/ Charles H. Jung*
                                  Charles H. Jung
                                  Attorneys for Non-Party Komathy Vishakan

Dated: July 14, 2025        BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                            By:   */s/ Benjamin I. Oreper*
                                  Benjamin I. Oreper
                                  Attorneys for Defendants Palo Alto Unified
                                  School District and Lisa Hickey

Dated: July 14, 2025        CLYDE & CO US LLP

                            By:   */s/ Alison K. Beanum*
                                  Alison K. Beanum
                                  Attorneys for Defendants Don Austin and
                                  Trent Bahadursingh

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 14, 2025                */s/ Charles H. Jung*
                                    Charles H. Jung

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____

                                       The Honorable Nathanael M. Cousins

                                       United States Magistrate Judge

# EXHIBIT A

# EXHIBIT A

**Designated "CONFIDENTIAL" Portions of the Deposition Transcript of Komey Vishakan (June 5, 2025)**

The following portions of the deposition transcript of Komey Vishakan, taken on June 5, 2025, are designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (ECF #65).

| Transcript Citations |
| --- |
| 16:02-17:14 |
| 20:19-22:06 |
| 27:02-29:24 |
| 57:16-60:15 |
| 60:16-65:06 |
| 77:22-78:24 |
| 160:03-163:01 |
| 163:02-166:23 |
| 167:05-170:18 |
| 170:19-180:25 |
| 181:01-22 |
| 183:15-185:05 |