UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PETER COLOMBO, | |
|---|---|
| Plaintiff, | Case No. 24-cv-0909 NC |
| v. | **ORDER RESOLVING JOINT STATEMENT FILED AT DKT. 169** |
| PALO ALTO UNIFIED SCHOOL DISTRICT, and others, | |
| Defendants. | |

This Order resolves the document filed today as a "Joint Case Management Statement" at Dkt. 169. The filing should have been filed as a joint discovery letter brief, as it sets forth a discovery disagreement. The dispute concerns the timing of deposition transcript review by witness Lisa Hickey. Due to excusable neglect by District's counsel, the request is granted in part. Hickey is granted an extension to August 8, 2025, to complete the review and changes permitted by Fed. R. Civ. P. 30(e)(1). No fees or costs awarded.

**IT IS SO ORDERED.**

Dated: August 1, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge