UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, and others,<br><br>　　　　Defendants. | Case No. 24-cv-0909 NC<br><br>**ORDER RESOLVING JOINT STATEMENT FILED AT DKT. 171 AND 172** |

This Order resolves the document filed August 14, 2025, as a "Joint Case Management Statement" at Dkt. 171 and then refiled at Dkt. 172 as a joint discovery statement. The parties provided no explanation, but the filings appear to be duplicative. The parties created an "emergency" by filing the briefs two business days before the disputed event: a proposed medical examination of Plaintiff Colombo under Federal Rule of Civil Procedure 35.

The Court finds that the District meets the "good cause" standard for a mental examination under Fed. R. Civ. P. 35(a)(2)(A), but that the scope and burden of the proposed examinations is excessive and unreasonable. The District proposes two separate examinations (one each by a psychiatrist and psychologist), totaling up to 11 hours. The Court approves one examination, limited to 3.5 hours. The District must notify Plaintiff's

1  counsel by 4:00 p.m. today as to which examination it will pursue. The Court expects the
2  parties to cooperate as to the scheduling of the examination.
3      The Court defers assessing fees, costs, and sanctions.
4  **IT IS SO ORDERED.**

6  Dated: August 15, 2025      _____
7                                                                NATHANAEL M. COUSINS
                                                              United States Magistrate Judge