EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA 94070
Telephone: (650) 594-4200
Email: jonathan@mcdlaw.net; evancnelson.law@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PETER COLOMBO,

Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, AMANDA BARK, Individually and as Manager, Policy and Legal Compliance for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent of Human Resources and Chief of Staff for PAUSD,

Defendants.

Case No. 5:24-cv-00909-NC

**STIPULATION OF DISMISSAL OF DEFENDANT AMANDA BARK ONLY [FRCP 41(A)] AND ORDER OF DISMISSAL**

**HON. NATHANAEL M. COUSINS**

## STIPULATION

Plaintiff Peter Colombo and Defendants Palo Alto Unified School District, Lisa Hickey, Amanda Bark, Don Austin and Trent Bahadursingh hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action, including all claims and causes of action, be **dismissed without prejudice as to Defendant Amanda Bark only**, with each party bearing that party's own attorney's fees and costs.

Dated: August 22, 2025 LAW OFFICES OF JONATHAN MCDOUGALL

By: */s/ Evan C. Nelson*
EVAN C. NELSON
Attorneys for Plaintiffs

Dated: August 22, 2025 BERTRAND FOX ELLIOT OSMAN & WENZEL

By: */s/ Benjamin I. Oreper*
BENJAMIN I. OREPER
Attorneys for Defendants Palo Alto Unified School District, Lisa Hickey and Amanda Bark

Dated: August 22, 2025 CLYDE & CO. US LLP

By: */s/ Alison Beanum*
ALISON BEANUM
Attorneys for Defendants Don Austin and Trent Bahadursingh

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT this action, including all claims and causes of action, be dismissed without prejudice as to Defendant Amanda Bark only, with each party bearing that party's own attorney's fees and costs.

Dated: August 22, 2025

UNITED STATES DISTRICT COURT
GRANTED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

NATHANAEL M. COUSINS
Magistrate Judge, United States District Court