ALISON K. BEANUM (State Bar No. 221968)
alison.beanum@clydeco.us
VEENA A. MITCHELL (State Bar No. 161153)
veena.mitchell@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:   (213) 358-7600
Facsimile:    (213) 358-7650

Attorneys for Defendant DON AUSTIN, individually and as Superintendent of PAUSD and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff of PAUSD

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>Assigned to: Magistrate Judge Nathanael M. Cousins<br><br>**DECLARATION OF ALISON BEANUM IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE BY 7 DAYS**<br><br>Date:    November 26, 2025<br>Time:   11:00 a.m.<br>Dept.:   Courtroom 5, 4th Floor<br>Judge:   Nathanael M. Cousins<br><br>Complaint Date:   February 15, 2024<br>Trial Date:            January 26, 2026 |

I, Alison Beanum, declare:

1. I am an attorney at law duly licensed to practice law before the courts in the State of California, and I am a partner with the law firm of Clyde & Co US LLP, counsel of record for defendants DON AUSTIN and TRENT BAHADURSINGH ("Mr. Bahadursingh") in the above-

captioned matter. As such, I have personal knowledge of the facts and circumstances surrounding this matter and could, if called, competently testify thereto. I make this Declaration in support of Mr. Bahadursingh's Motion to Continue Trial Date by 7 Days.

2. This lawsuit was originally initiated on February 15, 2024, by Plaintiff Peter Colombo ("Plaintiff") against the Palo Alto Unified School District and several individuals. Mr. Bahadursingh was not named as an original defendant.

3. Plaintiff amended his original complaint on July 10, 2024, and asserted therein a claim against Mr. Bahadursingh. Mr. Bahadursingh was served and filed a responsive pleading. My office did not represent Mr. Bahadursingh at that time.

4. The Court dismissed Plaintiff's First Amended Complaint on September 16, 2024. Plaintiff, with leave, filed a Second Amended Complaint on September 24, 2024. The Second Amended Complaint was also dismissed on November 19, 2024.

5. Plaintiff filed a Third Amended Complaint on January 6, 2025. Following a challenge to that Complaint, on March 27, 2025, the Court granted in part and denied in part the relevant motion to dismiss.

6. In the interim, the Court entered a Scheduling Order dated February 21, 2025 (ECF No. 123), which included, *inter alia*, an ADR completion date of April 22, 2025, and a trial date of January 26, 2026.

7. The parties engaged in at least two ADR sessions and appeared before Magistrate Judge Susan van Keulen Court for a scheduling conference on April 30, 2025, and a settlement conference on May 15, 2025. Based upon information and belief, the parties agreed to continue their settlement discussions beyond this date.

8. In June 2025, Mr. Bahadursingh's three children planned, paid for, and gifted to him as a 60th birthday present, a family trip to Hawaii, which they unilaterally scheduled for January 26, 2026 through February 1, 2026. Based upon information and belief, Mr. Bahadursingh did not share this information with his former counsel because, regrettably, at the time he was given this gift, he did not remember that the trial in this matter was set for the same week.

///

9.      On July 14, 2025, the Court granted Mr. Bahadursingh's motion to substitute Clyde & Co US LLP in place of his previous counsel. At that time, neither predecessor counsel nor Mr. Bahadursingh informed my office about this birthday gift.

10.     The parties continued to engage in several settlement conferences and discussions in an effort to resolve this matter. On July 29, 2025, the Court issued a Pretrial Preparation Order and held a case management conference on July 30, 2025.  Thereafter, on August 22, 2025, Magistrate Judge Susan van Keulen held another settlement conference to further explore settlement. And, after Plaintiff's return to work in September 2025, yet another settlement conference proceeded on September 17, 2025, at which time it became clear that this matter would likely proceed to trial.

11.     In speaking with Mr. Bahadursingh about the outcome of the settlement conference and the upcoming trial date, Mr. Bahadursingh recognized and informed me of the scheduling conflict created by his birthday gift.

12.     Shortly thereafter, I informed counsel for all other parties of the conflict and sought a stipulation for a one-week trial continuance. The District and Lisa Hickey do not oppose the request for a trial continuance. My other client, Don Austin, does not oppose the request for a trial continuance. However, Plaintiff's counsel objected to the proposed continuance.

13.     Consequently, by and through the concurrently-filed motion, Mr. Bahadursingh respectfully seeks the Court's indulgence and requests a short one-week continuance of the trial date or until the first available trial date after February 1, 2026. He is not seeking any other changes to the Court's Scheduling Order or the Pretrial Preparation Order.

14.     Mr. Bahadursingh has not sought, and the Court has not granted, any previous trial date extensions.

///

///

///

///

///

3

DECLARATION OF ALISON BEANUM IN SUPPORT OF MOTION TO CONTINUE TRIAL
Case No. 5:24-cv-00909-NC

15. A one-week extension will not materially prejudice the parties.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 20th day of October 2025 at Los Angeles, California.

By:   /s/ Alison K. Beanum
      Alison K. Beanum

CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600

4
DECLARATION OF ALISON BEANUM IN SUPPORT OF MOTION TO CONTINUE TRIAL
Case No. 5:24-cv-00909-NC

## CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071. My email address is angelo.mccabe@clydeco.us.

On the date indicated below, a true and correct copy of the foregoing **DECLARATION OF ALISON BEANUM IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE BY 7 DAYS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, **October 22, 2025**, at Pasadena, California.

_____
Angelo McCabe