ALISON K. BEANUM (State Bar No. 221968)
alison.beanum@clydeco.us
VEENA A. MITCHELL (State Bar No. 161153)
veena.mitchell@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:    (213) 358-7600
Facsimile:    (213) 358-7650

Attorneys for Defendant DON AUSTIN, individually and as Superintendent of PAUSD and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff of PAUSD

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| PETER COLOMBO,<br><br>   Plaintiff,<br><br>vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>   Defendants. | Case No. 5:24-cv-00909-NC<br><br>Assigned to: Magistrate Judge Nathanael M. Cousins<br><br>**DECLARATION OF TRENT BAHADURSINGH IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE BY 7 DAYS**<br><br>Date:    November 26, 2025<br>Time:    11:00 a.m.<br>Dept.:    Courtroom 5, 4th Floor<br>Judge:   Nathanael M. Cousins<br><br>Complaint Date:    February 15, 2024<br>Trial Date:         January 26, 2026 |

I, Trent Bahadursingh, declare:

1.  I have personal knowledge of the facts and circumstances set forth herein and could, if called, competently testify thereto.

///

2. I am Deputy Superintendent, Chief of Staff at the Palo Alto Unified School District (the "District") and have served in this capacity since February 1, 2021.

3. For my 60th birthday on June 12, 2025, my three children planned, paid for, and gifted to me a once-in-a-lifetime family trip to Hawaii, which they unilaterally scheduled for January 26, 2026 through February 1, 2026. Those planning to attend the trip are myself, my wife, my three children, my son-in-law, and my grandson.

4. Regrettably, at the time I was gifted this trip, I did not remember that the trial date in this matter was set for the same time and, as a result, I did not share this information with my former counsel.

5. On July 14, 2025, the Court granted my motion to substitute Clyde & Co US LLP in place of my previous counsel. During this transition period, I did not share this information with my current counsel because, again, I was not cognizant of the conflict, although I recognize that this information was available to me.

6. After my new counsel substituted into this case, the parties continued meaningfully worked toward resolution, engaging in settlement conferences with Magistrate Judge Susan van Kuellen on August 22, 2025 and September 17, 2025. I was sincerely hopeful that a resolution of this lawsuit could be reached.

7. Unfortunately, after the last settlement conference on September 17, 2025, it became clear to me that this matter is likely to proceed to trial. With trial at the forefront of my mind, I went back to review my notes and calendar, I recognized that the January 26, 2026 trial date poses a direct conflict with my upcoming family trip. I immediately advised counsel about my birthday gift and the scheduling conflict that it created.

8. I have spoken with my children about the possibility of rescheduling this family trip. However, because of the number of people involved, the conflicting schedules of my children, and the specific arrangements that have already been made, it would be extraordinarily difficult to for me and my family to reschedule this trip.

///

///

9. I apologize to the Court for my oversight, and I respectfully ask for the Court's indulgence and request a short, 7-day continuance of the trial date. I am not seeking any other changes to the Court's Scheduling Order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on the 20th day of October 2025 at Palo Alto, California.

By: ⎯⎯/s/ Trent Bahadursingh
Trent Bahadursingh

**ATTORNEY ATTESTATION**

I hereby attest that I have been authorized by Trent Bahadursingh to show HIS signature on this Declaration as /s/.

Dated: October 22, 2025         By: ⎯⎯/s/ *Alison K. Beanum*
Alison K. Beanum

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071. My email address is angelo.mccabe@clydeco.us.

On the date indicated below, a true and correct copy of the foregoing **DECLARATION OF TRENT BAHADURSINGH IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE BY 7 DAYS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, **October 22, 2025**, at Pasadena, California.

_/s/ Angelo McCabe_

Angelo McCabe