ALISON K. BEANUM (State Bar No. 221968)
alison.beanum@clydeco.us
VEENA A. MITCHELL (State Bar No. 161153)
veena.mitchell@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:     (213) 358-7600
Facsimile:     (213) 358-7650

Attorneys for Defendant DON AUSTIN,
individually and as Superintendent of PAUSD
and TRENT BAHADURSINGH, individually
and as Deputy Superintendent and Chief of Staff
of PAUSD

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00909-NC<br><br>Assigned to: Magistrate Judge Nathanael M. Cousins<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TRENT BAHADURSINGH'S MOTION TO CONTINUE TRIAL DATE BY 7 DAYS**<br><br>Date:　　November 26, 2025<br>Time:　　11:00 a.m.<br>Dept.:　　Courtroom 5, 4th Floor<br>Judge:　 Nathanael M. Cousins<br><br>Complaint Date:　　February 15, 2024<br>Trial Date:　　　　 January 26, 2026 |

　　　　Defendant TRENT BAHADURSINGH's Motion to Continue Trial Date by 7 Days came on regularly for hearing on November 26, 2025, before the Honorable Nathanael M. Cousins.

　　　　The Court, having considered all the papers and pleadings on file herein and the oral argument of the parties, HEREBY ORDERS THAT:

TRENT BAHADURSINGH's Motion to Continue Trial Date is GRANTED.

The Jury Trial in this matter shall be continued to _____, 2026 at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____       By: _____
                                            Nathanael M. Cousins
                                            UNITED STATES MAGISTRATE JUDGE

CLYDE & CO US LLP
355 South Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358-7600

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 S. Grand Avenue, Suite 1400, Los Angeles, California 90071. My email address is angelo.mccabe@clydeco.us.

On the date indicated below, a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT TRENT BAHADURSINGH'S MOTION TO CONTINUE TRIAL DATE BY 7 DAYS** was filed with Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Central District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on, **October 22, 2025**, at Pasadena, California.

_/s/ Angelo McCabe_

Angelo McCabe