EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA  94070
Telephone: (650) 594-4200
Email:  jonathan@mcdlaw.net; evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF'S STATEMENT RE NO PERCEIVED NEED FOR ZOOM CONFERENCE ON OCTOBER 29, 2025**<br><br><br><br>**HON. NATHANAEL M. COUSINS** |

　　　　Plaintiff understands there is no need for a zoom conference tomorrow, October 29, 2025 and apologizes for the late notification. A stipulation and proposed order will be submitted to the Court relating to summary judgment briefing schedule(s), as follows:

　　　　November 3, 2025 – MSJ filing deadline

　　　　November 24, 2025 – Responses/oppositions due

　　　　December 3, 2025 – Replies due

　　　　December 17, 2025 – Hearing

Dated: October 28, 2025　　　　　LAW OFFICES OF JONATHAN D. MCDOUGALL

　　　　　　　　　　　　　　　　　　By:___*/s/ Evan C. Nelson*_____
　　　　　　　　　　　　　　　　　　　　　EVAN C. NELSON

1

PLAINTIFF'S STATEMENT RE NO NEED FOR OCTOBER 29, 2025 ZOOM CONFERENCE
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC