ALISON K. BEANUM (State Bar No. 221968)
*alison.beanum@clydeco.us*
VEENA A. MITCHELL (State Bar No. 161153)
*veena.mitchell@clydeco.us*
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:   (213) 358-7600
Facsimile:   (213) 358-7650

Attorneys for Defendants
DON AUSTIN and TRENT BAHADURSINGH

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　　Defendants. | Case No. 5:24-cv-00909-NC<br><br>Assigned to: Hon. Nathanael Cousins<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS DON AUSTIN AND TRENT BAHADURSINGH'S MOTION FOR SUMMARY JUDGMENT** |

Defendants Don Austin and Trent Bahadursingh's ("Defendants'") Motion for Summary Judgment came on regularly for hearing before this Court on December 17, 2025. After considering the moving, opposition and reply briefs, the evidence submitted, arguments of counsel, and all other matters presented, the Court hereby orders as follows:

Defendants' Motion for Summary Judgment as to the Third Amended Complaint by Plaintiff Peter Colombo is **GRANTED** in its entirety. Plaintiff Peter Colombo's claims alleged against Defendants Don Austin and Trent Bahadursingh shall be dismissed with prejudice. Judgment is hereby entered in favor of Defendants Don Austin and Trent Bahadursingh.

1 **IT IS SO ORDERED.**

3 Dated: _____     _____
                                         NATHANAEL M. COUSINS
                                         United States Magistrate Judge