EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA  94070
Telephone: (650) 594-4200
Email:  jonathan@mcdlaw.net; evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>                               Plaintiff,<br><br>  v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>                               Defendants. | Case No. 5:24-cv-00909-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PETER COLOMBO'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**FED. R. CIV. P. 56, L-R 56**<br><br><br>DATE:           December 17, 2025<br>TIME:            10:00 a.m.<br>LOCATION:  COURTROOM 5, 4th FLOOR<br><br>**HON. NATHANAEL M. COUSINS** |

Before the Court is Plaintiff's Motion for Partial Summary Judgment. The Motion is GRANTED as discussed below.

**ISSUES PRESENTED**

The matters on which moving party is seeking partial summary judgment are as follows:

1. Each of Austin, Bahadursingh, and Hickey is liable for the due process violation of malicious prosecution under Section 1983 through their direct participation in either causing the arrest and prosecution and/or extending the prosecution of Plaintiff.

-1-

2. Austin, Bahadursingh and Hickey are jointly and severally liable for their participation in the common plan or conspiracy with others that caused and/or extended the malicious prosecution.

3. Each of Austin, Bahadursingh and Hickey is liable under Section 1983 for actively participating in the "stigma plus liberty interest" violation of Plaintiff's federal and Constitutional rights.

4. Austin, Bahadursingh and Hickey are jointly and severally liable for their participation in the common plan or conspiracy with others that resulted in a "stigma plus liberty interest" violation.

5. The District is liable for retaliation against Plaintiff as a respondent participant in a Title IX-related claim, which retaliation included malicious prosecution, abuse of administrative process, removal of due process and numerous other actions and omissions that materially harmed Plaintiff.

6. The District is liable for retaliation against Plaintiff by taking adverse employment actions against him based on an arrest without any finding of wrongdoing.

7. The District is liable for retaliation against Plaintiff for his filing of a discrimination claim.

8. Defendants have no timely disclosed evidence or facts to support any of their defenses labeled as "Affirmative Defenses" in their Answer to the Third Amended Complaint.

Having reviewed the briefs and evidence submitted by the parties, having considered and granted requests for judicial notice of facts as requested by Plaintiff, having heard oral arguments by counsel, good cause appears for granting Plaintiff's requests for partial summary judgment as no triable issues exist.

WHEREFORE, the Court GRANTS Plaintiff's Motion for Partial Summary Judgment. Trial will now be limited to issues of compensation for past economic losses, non-economic damages, other potential statutory damages and, if appropriate, punitive damages against the individual defendants in their individual capacities.

**IT IS SO ORDERED.**

_____
NATHANAEL M. COUSINS, United States Magistrate Judge
U.S. District Court for the Northern District of California