Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Benjamin I. Oreper, State Bar No. 329480
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      eelliot@bfesf.com
            elowry@bfesf.com
            boreper@bfesf.com

Attorneys for Defendants
PALO ALTO UNIFIED SCHOOL DISTRICT and LISA HICKEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**JOINT STATEMENT OF PARTIES REGARDING DEFENDANTS' REQUEST TO MODIFY BRIEFING SCHEDULES FOR SUMMARY JUDGMENT MOTIONS**<br><br>Hon. Nathanael M. Cousins |

**Defendants' Position**

Following the Court's setting of a discovery status hearing for October 29, 2025 (Dkt. 187), counsel for Plaintiff emailed counsel for Defendants to meet and confer in advance of the hearing and proposing, *inter alia*, a briefing schedule for the Parties' summary judgment motions as follows:

- Summary Judgment hearing date will be December 17, 2025, 10:00 am.
- Oppositions to summary judgment motions will be due on or before November 24, 2025
- Replies relating to summary judgment motions will be due on or before December 3, 2025

On Tuesday, October 28, in advance of the discovery status hearing, counsel for Defendants responded to Plaintiff stating that "Defendants are agreeable to the proposed briefing schedule for summary judgment motions (e.g. – MSJ due 11/3; Oppositions due 11/24; Replies due 12/3; hearing 12/17)," and attaching a draft joint statement per Dkt. 187 indicating the Parties' agreement that the 10/29 conference should proceed, with the understanding that this stipulated briefing schedule would be among the subjects of discussion. On October 28, 2025, counsel for Plaintiff responded that "Plaintiff is agreeable to the MSJ briefing schedule . . . [b]ased on this, I do not think we need to appear tomorrow. Let's just submit a stipulation and proposed order re MSJ briefing." Counsel proceeded to submit a unilateral statement to the Court (Dkt. 190) providing that "Plaintiff understands there is no need for a zoom conference tomorrow," and that "a stipulation and proposed order will be submitted to the Court relating to summary judgment briefing schedule as follows," outlining the above-specified deadlines pursuant to the Parties' agreement.

On November 3, 2025, in advance of the Parties' submissions of their respective summary judgment motions, counsel for Defendants reached out to Plaintiff's counsel by email requesting that the discussed stipulation pertaining to briefing schedules be circulated to allow for submission alongside the motion(s). Counsel for Plaintiff replied that "[w]e never heard from counsel for Austin/Bahadursingh, so we presumed it was a no go. We also note that it would run into the Daubert motion timelines, so it's likely better to keep on the current schedule without having things spill over."

Prior to this communication, Defendants had understood, based on the written agreement in correspondence between the Parties (which agreement counsel for Defendants had expressly represented was on behalf of all Defendants) and based on Plaintiff's filed submission with the Court, that the

1

stipulated briefing schedule had been agreed to by all parties and was simply pending submission of a stipulation accordingly. Counsel for defendants had made commitments in reliance on the representation of an agreed-upon briefing schedule, including counsel for Defendants' Benjamin Oreper's confirming a pre-planned vacation from November 4th – 9th, which was specifically coordinated predicated on the modified briefing schedule, and would be prejudiced by counsel's subsequent reneging. Further, Defendants submitted their motions for hearing on December 17, 2025 in accordance with the agreement. Had Defendants at any point been made aware of Plaintiff's intention to renege on the agreed-upon briefing schedule following his affirmative representations to the contrary both to the Parties and in his submission to the Court, Defendants would have requested that the October 29 conference be kept on calendar to allow for discussion of this matter. Accordingly, Defendants would request that the Court modify the briefing schedule as to all Parties' currently pending summary judgment motions pursuant to the Parties agreement, to wit:

- Oppositions to Summary Judgment Motions due on or before November 24, 2025;
- Replies in support of Summary Judgment Motions due on or before December 3, 2025.

These modifications will not prejudice any Party nor interfere with any other dates or deadlines set in this matter, inclusive of other motion dates and deadlines or trial. Defendants would note that under either this modified briefing schedule or the currently-set briefing schedule, the deadline(s) to submit or oppose Daubert motions would run concurrently with either MSJ opposition or reply briefing deadlines in any event. Defendants are willing to further meet and confer with Plaintiff's counsel regarding briefing schedules for any anticipated Daubert motion(s) by the Parties to the extent that Plaintiff anticipates any timing conflicts are extant. With respect to Plaintiff's alternative proposal below that the Court modify the briefing schedule as to Plaintiff's Motion *only*, Defendants submit that this was not contemplated by the Parties' express agreement and would only serve to create further issues by requiring Defendants to simultaneously prepare both their Replies, Opposition(s), and any Daubert motions for submission by November 24th.

**Plaintiff's Position**

**Plaintiff opposes Defendants' attempt to delay briefing for Plaintiff's Oppositions to Defendants' own Motions and for Defendants' Replies relating to Defendants' own Motions**.

2

JOINT STATEMENT OF PARTIES REGARDING DEFENDANTS' REQUEST TO MODIFY BRIEFING
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC

Plaintiff is prepared to submit Oppositions to Defendants' Motions for Summary Judgment according to the currently set briefing schedule (due on or before November 17, 2025) and, therefore, submits there is no justification for modification of briefing relating to Defendants' Motions that they waited until the last possible moment to file. Moreover, since Defendants represented through their Motions that no triable issues exist, there would not appear to be justification for modifying briefing relating to Plaintiff's Motion either. In the event the Court is inclined to grant Defendants additional time to oppose Plaintiff's Motion, Plaintiff requests that the briefing schedule relating to Defendants' Motions remains intact.

Contrary to Defendants' position statement, Defendants never unambiguously confirmed their agreement with a proposed briefing schedule modification as counsel for Defendants Austin and Bahadursingh never responded. In addition, Defendants did not submit a proposed order to the Court prior to filing their Motions and only seeks briefing modification now, nine (9) days after filing their Motions, knowing that Plaintiff has already prepared to file timely Oppositions.

Further, the proposed modification to briefing will interfere with the deadlines set by the Court for Daubert Motions, and will also interfere with the Thanksgiving Holidays.

Accordingly, Plaintiff prefers to not allow Defendants to delay the Opposition and Reply briefing on their own Motions and, similarly, requests that Defendants not be allowed to continue to jam Plaintiff with multiplicity of pleadings by pushing summary judgment briefing into the timeline for Daubert Motions. **In the event the Court is inclined to grant Defendants additional time to oppose Plaintiff's Motion, Plaintiff requests that the briefing schedule relating to Defendants' own Motions remains intact.**

Dated: November 12, 2025          LAW OFFICES OF JONATHAN MCDOUGALL

                                  By:  /s/ Evan C. Nelson
                                       EVAN C. NELSON
                                       Attorneys for Plaintiffs

Dated: November 12, 2025          BERTRAND FOX ELLIOT OSMAN & WENZEL

                                  By:  /s/ Benjamin I. Oreper
                                       BENJAMIN I. OREPER
                                       Attorneys for Defendants Palo Alto Unified
                                       School District and Lisa Hickey

Dated: November 12, 2025          CLYDE & CO. US LLP

                 By:     */s/ Alison Beanum*
                           ALISON BEANUM
                           Attorneys for Defendants Don Austin and Trent Bahadursingh

4

JOINT STATEMENT OF PARTIES REGARDING DEFENDANTS' REQUEST TO MODIFY BRIEFING
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC