UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, and others,<br><br>　　　　Defendants. | Case No. 24-cv-0909 NC<br><br>**ORDER DENYING REQUEST TO EXTEND BRIEFING SCHEDULE AT DKT. 202; AND RESETTING TIME AND FORMAT FOR SUMMARY JUDGMENT HEARINGS** |

The contested request to extend the briefing schedule for summary judgment (Dkt. 202) is denied for lack of good cause shown.

The Court resets the hearing on the motions for summary judgment (Dkts. 192, 196, and 199) to noon on December 17, 2025, via Zoom video.

**IT IS SO ORDERED.**

Dated: November 12, 2025

　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge