EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA  94070
Telephone: (650) 594-4200
Email:  jonathan@mcdlaw.net; evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>        Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>        Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF PETER COLOMBO'S PROPOSED VERDICT FORMS**<br><br><br><br>**HON. NATHANAEL M. COUSINS** |

  Plaintiff Peter Colombo submits the following proposed verdict forms, attached as Attachment A: Section 1983 Malicious Prosecution – Criminal Action; Section 1983 Malicious Prosecution – Administrative Process; Section 1983 Stigma Plus Impact on Liberty Interest; Section 1983 Due Process Violation – Property Interest; Title IX/Title VII Retaliation; FEHA Retaliation; Punitive Damages—Trent Bahadursingh; Punitive Damages—Lisa Hickey; Punitive Damages—Don Austin.

Dated: December 14, 2025   LAW OFFICES OF JONATHAN D. MCDOUGALL

             By: */s/ Evan C. Nelson*
               EVAN C. NELSON
               Attorneys for Plaintiffs

1

# ATTACHMENT A

## **VF – SECTION 1983 MALICIOUS PROSECUTION – CRIMINAL ACTION**

We answer the questions submitted to us as follows:

1. Was Trent Bahadursingh, Lisa Hickey and/or Don Austin an integral participant or actively involved in causing Peter Colombo to be arrested and prosecuted or in causing the extension or continuation of the prosecution?

    1. For Trent Bahadursingh      Yes _____ No_____

    1. For Lisa Hickey      Yes _____ No_____

    1. For Don Austin      Yes _____ No_____

    1. If your answer to question 1 is yes for any defendant, then answer question 2 for such defendant or defendants. If you answered no to question 1 for all three defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    2. Did the criminal proceeding end in Peter Colombo's favor?   Yes _____ No_____

    2. If your answer to question 2 is yes, then answer question 3. If you answered no to question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

    3. Did Trent Bahadursingh, Lisa Hickey and/or Don Austin know, or should they have known, that there was no cause for the arrest and prosecution or the extension or continuation of the prosecution of Peter Colombo?

    3. For Trent Bahadursingh      Yes _____ No_____

    3. For Lisa Hickey      Yes _____ No_____

    3. For Don Austin      Yes _____ No_____

    3. If your answer to question 3 is yes for any defendant, then answer question 4 for such defendant or defendants. If you answered no to question 3 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4. Did Trent Bahadursingh, Lisa Hickey and/or Don Austin act primarily for a purpose other than that of bringing Peter Colombo to justice?

    4. For Trent Bahadursingh      Yes _____ No_____

    4. For Lisa Hickey      Yes _____ No_____

    4. For Don Austin      Yes _____ No_____

    4. If your answer to question 4 is yes for any defendant, then answer question 5 for

such defendant or defendants. If you answered no to question 4 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.    Was Trent Bahadursingh's, Lisa Hickey's and/or Don Austin's conduct a substantial factor in causing harm to Peter Colombo?

        5.    For Trent Bahadursingh    Yes _____    No_____

        5.    For Lisa Hickey    Yes _____    No_____

        5.    For Don Austin    Yes _____    No_____

    5.    If your answer to question 5 is yes for any defendant, then answer question 6 relating to damages. If you answered no to question 5 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    6.    What are Peter Colombo's damages?

        a. Past economic loss

            lost earnings    $ _____

            medical expenses    $ _____

            other past economic loss    $ _____

        **a. Total Past Economic Damages: $ _____**

        b. Future economic loss

            lost earnings    $ _____

            medical expenses    $ _____

            other past economic loss    $ _____

        **b. Total Past Economic Damages: $ _____**

        **c. Past noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

        **d. Future noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

        **TOTAL of all four damages components    $ _____**

Signed: _____
        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## VF – SECTION 1983 MALICIOUS PROSECUTION – ADMINISTRATIVE PROCESS

We answer the questions submitted to us as follows:

1. Was Trent Bahadursingh, Lisa Hickey and/or Don Austin an integral participant or actively involved in the California Commission on Teacher Credentialing's ("CTC") formal review of Peter Colombo relating to renewal of his teaching credential after the criminal charges had been dismissed?

    1. For Trent Bahadursingh    Yes _____ No_____

    1. For Lisa Hickey    Yes _____ No_____

    1. For Don Austin    Yes _____ No_____

1. If your answer to question 1 is yes for any defendant, then answer question 2 for such defendant or defendants. If you answered no to question 1 for all three defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did the CTC proceeding end in Peter Colombo's favor? Yes _____ No_____

2. If your answer to question 2 is yes, then answer question 3. If you answered no to question 2, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Trent Bahadursingh, Lisa Hickey and/or Don Austin know, or should they have known, that there was no cause for the CTC administrative proceeding or the extension or continuation of CTC's formal review of Peter Colombo's teaching credential?

    3. For Trent Bahadursingh    Yes _____ No_____

    3. For Lisa Hickey    Yes _____ No_____

    3. For Don Austin    Yes _____ No_____

3. If your answer to question 3 is yes for any defendant, then answer question 4 for such defendant or defendants. If you answered no to question 3 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

4. Did Trent Bahadursingh, Lisa Hickey and/or Don Austin act primarily for a purpose other than succeeding on the merits of CTC's decision whether to renew Peter Colombo's teaching credential?

    4. For Trent Bahadursingh    Yes _____ No_____

    4. For Lisa Hickey    Yes _____ No_____

    4.        For Don Austin         Yes _____ No_____

    4.        If your answer to question 4 is yes for any defendant, then answer question 5 for such defendant or defendants. If you answered no to question 4 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5.        Was Trent Bahadursingh's, Lisa Hickey's and/or Don Austin's conduct a substantial factor in causing harm to Peter Colombo?

    5.        For Trent Bahadursingh    Yes _____ No_____

    5.        For Lisa Hickey         Yes _____ No_____

    5.        For Don Austin         Yes _____ No_____

    5.        If your answer to question 5 is yes for any defendant, then answer question 6 relating to damages. If you answered no to question 5 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    6.        What are Peter Colombo's damages?

        a. Past economic loss

           lost earnings                  $ _____

           medical expenses          $ _____

           other past economic loss    $ _____

    **a. Total Past Economic Damages: $ _____**

        b. Future economic loss

           lost earnings                  $ _____

           medical expenses          $ _____

           other past economic loss    $ _____

    **b. Total Past Economic Damages: $ _____**

    **c. Past noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

    **d. Future noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

    **TOTAL of all four damages components    $ _____**

Signed: _____

        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## **VF – SECTION 1983 STIGMA PLUS IMPACT ON LIBERTY INTEREST**

We answer the questions submitted to us as follows:

1. Was Trent Bahadursingh, Lisa Hickey and/or Don Austin an integral participant or actively involved in publicly stigmatizing Peter Colombo?

    1. For Trent Bahadursingh    Yes _____ No_____

    1. For Lisa Hickey    Yes _____ No_____

    1. For Don Austin    Yes _____ No_____

    1. If your answer to question 1 is yes for any defendant, then answer question 2 for such defendant or defendants. If you answered no to question 1 for all three defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Trent Bahadursingh's, Lisa Hickey's and/or Don Austin's act[s] stigmatizing Peter Colombo impair his reputation for honesty or morality?

    2. For Trent Bahadursingh    Yes _____ No_____

    2. For Lisa Hickey    Yes _____ No_____

    2. For Don Austin    Yes _____ No_____

    2. If your answer to question 2 is yes for any defendant, then answer question 3 for such defendant or defendants. If you answered no to question 2 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Trent Bahadursingh's, Lisa Hickey's and/or Don Austin's conduct a substantial factor in causing harm to Peter Colombo?

    3. For Trent Bahadursingh    Yes _____ No_____

    3. For Lisa Hickey    Yes _____ No_____

    3. For Don Austin    Yes _____ No_____

    3. If your answer to question 3 is yes for any defendant, then answer question 4 relating to damages on the next page. If you answered no to question 3 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

4.  What are Peter Colombo's damages?

   a. Past economic loss

      lost earnings                       $ _____

      medical expenses             $ _____

      other past economic loss    $ _____

   **a. Total Past Economic Damages: $ _____**

   b. Future economic loss

      lost earnings                       $ _____

      medical expenses             $ _____

      other past economic loss    $ _____

   **b. Total Past Economic Damages: $ _____**

   **c. Past noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

   **d. Future noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

   **TOTAL of all four damages components     $ _____**


Signed: _____
        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## VF – SECTION 1983 DUE PROCESS VIOLATION – PROPERTY INTEREST

We answer the questions submitted to us as follows:

1. Was Trent Bahadursingh, Lisa Hickey and/or Don Austin an integral participant or actively involved in harming or impacting Peter Colombo's property rights to salaries and/or to assignment in a student-facing teaching position?

   1. For Trent Bahadursingh    Yes _____    No _____
   1. For Lisa Hickey           Yes _____    No _____
   1. For Don Austin            Yes _____    No _____

1. If your answer to question 1 is yes for any defendant, then answer question 2 for such defendant or defendants. If you answered no to question 1 for all three defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Trent Bahadursingh, Lisa Hickey and/or Don Austin harm or impact Peter Colombo's property interest(s) without providing him due process of notice and a reasonable opportunity to clear his name?

   2. For Trent Bahadursingh    Yes _____    No _____
   2. For Lisa Hickey           Yes _____    No _____
   2. For Don Austin            Yes _____    No _____

2. If your answer to question 2 is yes for any defendant, then answer question 3 for such defendant or defendants. If you answered no to question 2 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Trent Bahadursingh's, Lisa Hickey's and/or Don Austin's conduct a substantial factor in causing harm to Peter Colombo?

   3. For Trent Bahadursingh    Yes _____    No _____
   3. For Lisa Hickey           Yes _____    No _____
   3. For Don Austin            Yes _____    No _____

3. If your answer to question 3 is yes for any defendant, then answer question 4 relating to damages on the next page. If you answered no to question 3 for all defendants, stop here, answer no further questions, and have the presiding juror sign and date this form.

    4.    What are Peter Colombo's damages?

  a. Past economic loss

    lost earnings                $ _____

    medical expenses          $ _____

    other past economic loss    $ _____

**a. Total Past Economic Damages: $ _____**

  b. Future economic loss

    lost earnings                $ _____

    medical expenses          $ _____

    other past economic loss    $ _____

**b. Total Past Economic Damages: $ _____**

**c. Past noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

**d. Future noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

**TOTAL of all four damages components      $ _____**

Signed: _____

        Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## VF – TITLE IX/TITLE VII RETALIATION

We answer the questions submitted to us as follows:

1. Did Peter Colombo participate in protected activity such as being the respondent or accused in a Title IX process or investigation, opposing Palo Alto Unified School District's attempts to discipline him relating to the former student's claim, filing a discrimination complaint?

    1. Yes _____ No_____

    1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Palo Alto Unified School District, through its administrators and/or its board, engage in conduct that might well have dissuaded a reasonable employee from participating in a protected activity?

    2. Yes _____ No_____

    2. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Peter Colombo's being the respondent or accused in a Title IX process or investigation, opposing Palo Alto Unified School District's attempts to discipline him relating to the former student's claim, and/or filing a discrimination complaint a substantial motivating reason for Palo Alto Unified School District's decision(s) (a) to cause or extend the criminal prosecution of an implausible claim that lacked credibility, (b) to report him to CTC, (c) to stigmatize him publicly, (d) to remove him from a student facing teaching position for more than 3.5 years, (e) to not timely complete a competent investigation that would have exonerated him, (f) to not clear his name, (g) to not work with him to ensure his comfort and success upon finally being returned to teaching after 3.5 years of involuntary leaves and TOSA assignment, (h) to not pay him three months of salary from August to October of 2023, (i) to not allow him to remain at Greene Middle School where there was a vacant PE teaching position for the 2025-2026 school year, (j) to transfer him to Fletcher Middle School where he met with protestors and petitions, had his daily commute significantly increased, and was given a punitive schedule?

    3. Yes _____ No_____

    3. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  4.  Was Palo Alto Unified School District's conduct a substantial factor in causing harm to Peter Colombo?

  4.  Yes _____ No_____

  4.  If your answer to question 4 is yes, then answer question 5 relating to damages. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  5.  What are Peter Colombo's damages?

    a. Past economic loss

     lost earnings        $ _____

     medical expenses      $ _____

     other past economic loss   $ _____

    **a. Total Past Economic Damages: $ _____**

    b. Future economic loss

     lost earnings        $ _____

     medical expenses      $ _____

     other past economic loss   $ _____

    **b. Total Past Economic Damages: $ _____**

    **c. Past noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

    **d. Future noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

    **TOTAL of all four damages components   $ _____**

Signed: _____
   Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

**VF – FEHA RETALIATION**

We answer the questions submitted to us as follows:

1. Did Peter Colombo participate in protected activity such as being the respondent or accused in a Title IX process or investigation, opposing Palo Alto Unified School District's attempts to discipline him relating to the former student's claim, filing a discrimination complaint?

   1. Yes _____ No _____

   1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Palo Alto Unified School District, through its administrators and/or its board, engage in conduct that, taken as a whole, materially and adversely affected the terms and conditions of
Peter Colombo's employment?

   2. Yes _____ No _____

   2. If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Was Peter Colombo's being the respondent or accused in a Title IX process or investigation, opposing Palo Alto Unified School District's attempts to discipline him relating to the former student's claim, and/or filing a discrimination complaint a substantial motivating reason for Palo Alto Unified School District's decision(s) (a) to cause or extend the criminal prosecution of an implausible claim that lacked credibility, (b) to report him to CTC, (c) to stigmatize him publicly, (d) to remove him from a student facing teaching position for more than 3.5 years, (e) to not timely complete a competent investigation that would have exonerated him, (f) to not clear his name, (g) to not work with him to ensure his comfort and success upon finally being returned to teaching after 3.5 years of involuntary leaves and TOSA assignment, (h) to not pay him three months of salary from August to October of 2023, (i) to not allow him to remain at Greene Middle School where there was a vacant PE teaching position for the 2025-2026 school year, (j) to transfer him to Fletcher Middle School where he met with protestors and petitions, had his daily commute significantly increased, and was given a punitive schedule?

   3. Yes _____ No _____

   3. If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  4. Was Palo Alto Unified School District's conduct a substantial factor in causing harm to Peter Colombo?

  4. Yes _____ No _____

  4. If your answer to question 4 is yes, then answer question 5 relating to damages. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

  5. What are Peter Colombo's damages?

   a. Past economic loss

    lost earnings    $ _____
    medical expenses  $ _____
    other past economic loss $ _____

   **a. Total Past Economic Damages: $ _____**

   b. Future economic loss

    lost earnings    $ _____
    medical expenses  $ _____
    other past economic loss $ _____

   **b. Total Past Economic Damages: $ _____**

   **c. Past noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

   **d. Future noneconomic loss, including mental distress, loss of reputation, fear of being attacked, suicidal ideation, psychiatric injury  $ _____**

   **TOTAL of all four damages components $ _____**

Signed: _____
   Presiding Juror

Dated: _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## **PUNITIVE DAMAGES – TRENT BAHADURSINGH**

We answer the questions submitted to us as follows:

1. Was Trent Bahadursingh's conduct that harmed Peter Colombo oppressive, malicious or in reckless disregard of Peter Colombo's rights?

1. Yes _____ No_____

1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. What amount of punitive damages, if any, do you award Peter Colombo against Trent Bahadursingh?  $ _____

Signed: _____
       Presiding Juror

Dated:  _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## **PUNITIVE DAMAGES – LISA HICKEY**

We answer the questions submitted to us as follows:

1. Was Lisa Hickey's conduct that harmed Peter Colombo oppressive, malicious or in reckless disregard of Peter Colombo's rights?

1. Yes _____ No_____

1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. What amount of punitive damages, if any, do you award Peter Colombo against Lisa Hickey?  $ _____

Signed: _____
       Presiding Juror

Dated:  _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].

## **PUNITIVE DAMAGES – DON AUSTIN**

We answer the questions submitted to us as follows:

1. Was Don Austin's conduct that harmed Peter Colombo oppressive, malicious or in reckless disregard Peter Colombo's rights?

1. Yes _____ No_____

1. If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. What amount of punitive damages, if any, do you award Peter Colombo against Don Austin?  $ _____

Signed: _____
          Presiding Juror

Dated:  _____

After all verdict forms have been signed, notify the [clerk/deputy/bailiff/court attendant].