Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Benjamin I. Oreper, State Bar No. 329480
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:    eelliot@bfesf.com
          elowry@bfesf.com
          boreper@bfesf.com

Attorneys for Defendants
PALO ALTO UNIFIED SCHOOL DISTRICT
and LISA HICKEY

ALISON K. BEANUM (State Bar No. 221968)
alison.beanum@clydeco.us
VEENA A. MITCHELL (State Bar No. 161153)
veena.mitchell@clydeco.us
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone:  (213) 358-7600
Facsimile:   (213) 358-7650

Attorneys for Defendants
DON AUSTIN and TRENT BAHADURSINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**DEFENDANTS PALO ALTO UNIFIED SCHOOL DISTRICT, LISA HICKEY, DON AUSTIN, AND TRENT BAHADURSINGH'S JOINT LIST OF WITNESSES**<br><br>**Hon. Nathanael M. Cousins** |

Defendants PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, TRENT BAHADURSINGH, and LISA HICKEY (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 26(a)(1)(B) and the Court's Order, respectfully submit the following list of witnesses they anticipate calling at the trial of this case.

| No. | Witness Name | Description of Substance of Testimony | Direct | Cross |
|---|---|---|---|---|
| 1 | James Armontrout, MD<br>Live or Zoom | Dr. Armontrout is a forensic psychiatrist and Clinical Associate Professor of Psychiatry at the Stanford School of Medicine, and an expert on adult and forensic psychiatry. Dr. Armontrout will provide expert opinion testimony as set forth in his expert disclosure documentation, including regarding Plaintiff's claimed psychiatric/psychological injuries and treatment. | 0.5 | |
| 2 | Nancy Hoffman, PsyD.<br>Live or Zoom | Dr. Hoffman is a forensic neuropsychologist and an expert on adult and forensic psychology. Dr. Hoffman will provide expert opinion testimony as set forth in his expert disclosure documentation, including regarding Plaintiff's claimed psychiatric/psychological injuries and treatment. | 0.3 | |
| 3 | Liz DeChellis<br>Zoom | Ms. DeChellis is an attorney and Partner with Van Dermyden Makus Law Corporation. She is an expert in Title IX investigations and workplace investigations, and in evaluating Title IX and sexual harassment matters. Ms. DeChellis will provide expert opinion testimony as set forth in her expert disclosure documentation, including regarding Defendants' compliance with industry standards and guidance related to investigating and responding to the allegations against Plaintiff. | 0.5 | |
| 4 | Howard A. Jordan<br>Live or Zoom | Mr. Jordan is the former Chief of Police for the City of Oakland and is an expert in police practices and investigations. Mr. Jordan will provide expert rebuttal testimony as set forth in his expert rebuttal disclosure documentation. | 0.3 | |
| 5 | Peter Colombo<br>Live | Mr. Colombo will testify regarding his allegations in this action; his communications with Defendants; his employment history; the history and chronology of events and actions with respect to the allegation against him; and other information relevant to this lawsuit. | 1.5-2.0 | |

| No. | Witness Name | Description of Substance of Testimony | Direct | Cross |
|---|---|---|---|---|
| 6 | Don Austin Live | Dr. Austin will testify regarding his relevant interactions with the Plaintiff; his conduct pertaining to the District's response to the allegation against Plaintiff; and other information relevant to this lawsuit. | 0.5 | |
| 7 | Trent Bahadursingh Live | Mr. Bahadursingh will testify regarding his relevant interactions with the Plaintiff; his conduct pertaining to the District's response to the allegation against Plaintiff; and other information relevant to this lawsuit. | .75 | |
| 8 | Lisa Hickey Live | Ms. Hickey will testify regarding her relevant interactions with the Plaintiff; her conduct pertaining to the District's response to the allegation against Plaintiff; and other information relevant to this lawsuit. | 0.6 | |
| 9 | Amanda Bark Live | Ms. Bark will testify regarding her relevant interactions with the Plaintiff; her conduct pertaining to the District's response to the allegation against Plaintiff; and other information relevant to this lawsuit. | 0.4 | |
| 10 | Herb Espiritu Live | Mr. Espiritu will testify regarding his correspondence and communications with Plaintiff Peter Colombo; Mr. Colombo's assignments at the District; and other information relevant to this lawsuit. | 0.3 | |
| 11 | Robert Andrade Live | Mr. Andrade will testify regarding the District's policies and procedures regarding responding to allegations of sexual misconduct involving teachers and students; his conduct pertaining to the District's response to the allegation against Plaintiff; and other information relevant to this lawsuit. | 0.5 | |
| 12 | Nicole Miller Live or Zoom | Ms. Miller will testify regarding her conducting an independent personnel investigation of the allegation against Peter Colombo on behalf of the District. | 0.5 | |
| 13 | Yolanda Franco-Clausen Live or Zoom | Officer Franco-Clausen will testify regarding her conducting the Palo Alto Police Department's investigation of the allegation against Plaintiff, her communications with the Santa Clara County District Attorneys' office and with the Palo Alto Unified School District; and other information relevant to this lawsuit. | 0.5 | |

| No. | Witness Name | Description of Substance of Testimony | Direct | Cross |
|---|---|---|---|---|
| 14 | Komey Vishakan Live or Zoom | Ms. Vishakan will testify regarding the District's receipt of, and response to, the rape allegation against Plaintiff Peter Colombo, the District's policies and procedures regarding its response to allegations of sexual misconduct involving teachers and students, and other information relevant to this lawsuit. | 0.5 | |
| 15 | Kelly Gallagher Zoom | Ms. Gallagher will testify regarding the District's receipt of, and response to, the rape allegation against Plaintiff Peter Colombo, the District's policies and procedures regarding its response to allegations of sexual misconduct involving teachers and students, the District's Title IX investigation procedures, and other information relevant to this lawsuit. | 0.3 | |

Dated:  December 18, 2025          BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:   */s/ Ethan Lowry*
          Eugene B. Elliot
          Ethan M. Lowry
          Benjamin I. Oreper
          Attorneys for Defendants
          PALO ALTO UNIFIED SCHOOL DISTRICT and LISA HICKEY

Dated:  December 18, 2025          CLYDE & CO US LLP


By:   */s/ Allison Beanum*
          Allison K. Beanum
          Veena A. Mitchell
          Attorneys for Defendants
          DON AUSTIN and TRENT BAHADURSINGH