EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA  94070
Telephone: (650) 594-4200
Email:  jonathan@mcdlaw.net; evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>                Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>                Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF PETER COLOMBO'S REVISED PROPOSED STATEMENT OF THE CASE PER THE COURT'S ORDER AT ECF #244**<br><br><br><br>**HON. NATHANAEL M. COUSINS** |

The parties met and conferred and exchanged several versions of a proposed joint statement of the case, however they were not able to reach agreement on a joint proposed statement. Attached hereto as Attachment A is Plaintiff's revised proposed statement of the case.

Dated: December 23, 2025                LAW OFFICES OF JONATHAN D. MCDOUGALL

                                                              By:   */s/ Evan C. Nelson*
                                                                        EVAN C. NELSON
                                                               Attorneys for Plaintiffs

1

PLAINTIFF'S REVISED PROPOSED STATEMENT OF THE CASE
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC

# ATTACHMENT A

**Joint Statement of the Case**

The Plaintiff in this case is Peter Colombo who has been a physical education teacher at Palo Alto Unified School District for twenty-seven (27) years. Peter Colombo is suing the Defendant, Palo Alto Unified School District, alleging that the School District retaliated against him for suing the School District after the School District delayed their investigation into a false allegation that he had raped a former middle school student. Law enforcement and the School District both ultimately determined the sexual assault allegation to be unsubstantiated. Mr. Colombo contends the School District's retaliation was motivated by its assumption of guilt, a pre-existing disdain of him and desire to prematurely terminate his position as a tenured teacher.

Mr. Colombo asserts that Defendants' conduct materially and adversely affected the terms and conditions of his employment and contributed to cause damage to his reputation and mental health for which he is entitled to receive compensation.

Plaintiff Peter Colombo has the burden of proving these claims.

The School District denies liability and contends that it did not delay completing its investigation in retaliation against Mr. Columbo for having filed his lawsuit and denies that Mr. Colombo is entitled to a monetary award against it.