EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA  94070
Telephone: (650) 594-4200
Email:  jonathan@mcdlaw.net; evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PETER COLOMBO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00909-NC<br><br>**PLAINTIFF PETER COLOMBO'S [PROPOSED] REVISED TRIAL WITNESS LIST**<br><br><br><br><br><br>**HON. NATHANAEL M. COUSINS** |
|---|---|

Plaintiff Peter Colombo hereby submits his proposed, revised trial witness list following the Court's Orders, ECF ## 235 and 243, that issued after filing and submission of Plaintiff's Trial Witness List, ECF #216.

| No. | Witness Name | Description of Substance of Testimony | Direct | Cross |
|---|---|---|---|---|
| 1. | Peter Colombo Live | Mr. Colombo will testify regarding finally being interviewed by The District's investigator on January 25, 2024 where she stated her finding that no sexual assault had likely occurred and, for the first time, apprised him of his right to not be retaliated against and his right to file a claim if he believed he had been retaliated against for participation in the District's investigation. He will testify about the conduct by The District beginning as | 1.0 | |

1

PLAINTIFF'S [PROPOSED] REVISED TRIAL WITNESS LIST
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC

| | | | | |
|---|---|---|---|---|
| | | early as January 31, 2022 that led to his belief he had been discriminated/retaliated against for his participation in the District's investigation, his decision to file a claim through the Complaint filed in this action on February 17, 2024 and the retaliation that followed his filing of the Complaint, which has continued to present. He will testify regarding his recollection of events surrounding all issues of liability and damages relevant to this case. | | |
| 2. | Cindi Durchslag Ahern<br>Live | Cindi Durchslag Ahern. Ms. Ahern will testify regarding her experience as instructional lead and middle school PE teacher at Terman and Jordan during 2001-2002, her acting as Mr. Colombo's evaluator/supervisor during 2001-2002, including his fitness to be a middle school PE teacher; the timing and substance of any interview of her relating to the investigation of Mr. Colombo; and, her experience relating to retaliation against Mr. Colombo including through The District's transferring him to Fletcher without transparency to the school community or a plan to deal with questions from students and parents, the work schedule given to Mr. Colombo, etc. | .5 | |
| 3. | Pete Fukuhara<br>Live or Zoom | Mr. Fukuhara will testify regarding his experience as a coach with Mr. Colombo, circumstances surrounding The District's not allowing Mr. Colombo to return to coaching before the 2025 baseball season and Mr. Colombo's fitness as a coach and mentor. | .2 | |
| 4. | Saundra K. Schuster<br>Live or Zoom | Ms. Schuster will provide expert opinion testimony regarding Title IX "101" and violations of Title IX including retaliation against Plaintiff. | 1.0 | |
| 5. | Nicole Miller<br>Video Deposition | Ms. Miller will testify regarding her investigation, including her retention, evidence and information reviewed, her findings, and other matters relating to her investigation of Mr. Colombo for The District. | 1.0 | |
| 6. | Komey Vishakan<br>Read Transcript | Ms. Vishakan will testify about the beginning of The District's investigation of Mr. Colombo and communications with his union representative. | .1 | |
| 7. | Lisa Hickey<br>Live | Ms. Hickey will testify about alleged retaliatory conduct towards Mr. Colombo, including her and others actions and omissions relating to investigation(s), employment actions, reporting to the California Commission on Teacher Credentials, etc. | .5 | |
| 8. | Don Austin<br>Live | Mr. Austin will testify about alleged retaliatory conduct towards Mr. Colombo, including his and others actions and omissions relating to investigation(s), employment actions, comments to the media, etc. | .5 | |
| 9. | Trent Bahadursingh<br>Live | Mr. Bahadursingh will testify about alleged retaliatory conduct towards Mr. Colombo, including his and others actions and omissions relating to investigation(s), employment actions, reporting to the California | .5 | |

2

PLAINTIFF'S [PROPOSED] REVISED TRIAL WITNESS LIST
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC

| No. | Witness Name | Description of Substance of Testimony | Direct | Cross |
|---|---|---|---|---|
|  |  | Commission on Teacher Credentials, etc. |  |  |
| 10. | Ken Whittemore Live | Mr. Whittemore will provide expert opinion testimony regarding HR standards and practices relating to treatment of employees by California K-12 schools and Defendants compliance. | 1.0 |  |
| 11. | Barry Ben-Zion, PhD Live or Zoom | He will provide expert opinion testimony as set forth in his expert disclosure documentation, including ability to provide additional or revised economic loss calculations depending on the evidence submitted during trial regarding timing of planned retirement, timing of termination/constructive termination of employment | .3 |  |
| 12. | Jill Naylor Live | She will testify regarding the timing and substance of any interview of her by The District's investigator, Ms. Miller. (See also ECF #66-1, pp. 704-705 (Exhibit 48).) | .2 |  |
| 13. | Aimee Becker Live | She will testify regarding the timing and substance of any interview of her by The District's investigator, Ms. Miller. (See also ECF #66-1, pp. 710-711 (Exhibit 50).) | .2 |  |
| 14. | Amanda Bark Live | She will be examined about what was known, or should have been known, by The District relating to the claim made against Mr. Colombo at different points in time. | .5 |  |
| 15. | Robert Andrade Live | Mr. Andrade will testify regarding matters as a designated person most qualified and The District's non-retaliation policies. | .5 |  |
| 16. | Herb Espiritu Live | Mr. Espiritu will testify regarding all employment actions relating to Mr. Colombo from February 17, 2024 to present, including but not limited to Mr. Espiritu's May 28, 2024 investigations findings letter, the TOSA assignment, the assignment to Fletcher, the decision to not return Mr. Colombo to the vacant position at Greene, the failure to timely engage in the interactive process relating to Mr. Colombo's request for reasonable accommodations, the failure to work with Mr. Colombo to create a return to work or transition plan or to be transparent with communications to the school community, and any future plans. | 1.0 |  |

Dated: December 29, 2025
LAW OFFICES OF JONATHAN D. MCDOUGALL

By:   /s/ Evan C. Nelson
EVAN C. NELSON
Attorneys for Plaintiffs

PLAINTIFF'S [PROPOSED] REVISED TRIAL WITNESS LIST
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC