UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER COLOMBO,

    Plaintiff,

v.

PALO ALTO UNIFIED SCHOOL DISTRICT,

    Defendant.

Case No. 24-cv-0909 NC

**STATEMENT OF THE CASE**

The Court issues the following Statement of the Case by merging and shortening the proposed Statements filed at Dkts. 246 and 248. The Statement will be read to the prospective jurors during jury selection and also will be incorporated into the jury instructions. Additionally, the School District at trial will be limited to the Affirmative Defenses identified in Dkt. 246, namely defenses Nos. 4, 7, 12, 14, 16, 17, 22, 29, 30, 32, and 37.

*Statement of the Case*

This case is a civil lawsuit between two parties. The Plaintiff is Peter Colombo, a physical education teacher employed by the Palo Alto Unified School District. The Defendant is the Palo Alto Unified School District. Mr. Colombo is suing the School District, alleging that the School District delayed completing an investigation into an allegation that Mr. Colombo had raped a former middle school student. The School District's investigation ultimately found that allegation to be unsubstantiated. Mr. Colombo contends that the School District delayed completing its investigation of that allegation in retaliation for his having filed this lawsuit. Mr. Colombo asserts that the School District's conduct materially and adversely affected the terms and conditions of his employment and caused damage to his reputation and mental health, for which he asserts he is entitled to receive compensation. Mr. Colombo has the burden of proving this claim and his damages. The School District denies liability and contends that it did not delay completing its investigation in retaliation against Mr. Colombo for having filed this lawsuit.

**IT IS SO ORDERED.**

Dated: January 6, 2026

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

2