EVAN C. NELSON (SBN 172957)
JONATHAN MCDOUGALL, ESQ. (SBN 212359)
LAW OFFICE OF JONATHAN MCDOUGALL
1640 Laurel Street
San Carlos, CA  94070
Telephone: (650) 594-4200
Email:  jonathan@mcdlaw.net; evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER COLOMBO,<br><br>                                        Plaintiff,<br><br>          v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, DON AUSTIN, Individually and as Superintendent for PAUSD, LISA HICKEY, Individually and as Director of Certificated Human Resources for PAUSD, and TRENT BAHADURSINGH, individually and as Deputy Superintendent and Chief of Staff for PAUSD,<br><br>                                        Defendants. | Case No. 5:24-cv-00909-NC<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br><br><br>**HON. NATHANAEL M. COUSINS** |

**NOTICE IS HEREBY PROVIDED** that the parties to this action have reached a conditional settlement and have therefore agreed to vacating of the trial date scheduled to commence on January 26, 2026.

Dated: January 9, 2026                         LAW OFFICES OF JONATHAN D. MCDOUGALL

                                                  By:___/s/ Evan C. Nelson_____
                                                         EVAN C. NELSON
                                                   Attorneys for Plaintiffs