UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>        Plaintiff,<br><br>    v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, and others,<br><br>        Defendants. | Case No. 24-cv-0909 NC<br><br>**ORDER IN RESPONSE TO CONDITIONAL SETTLEMENT; VACATING JURY TRIAL**<br><br>Re: Dkt. 259 |

In response to the Notice of Conditional Settlement with request to vacate the jury trial filed today at Dkt. 259, the request is GRANTED and the Court VACATES the January 26, 2026, trial setting. The Court sets a case management conference for January 28, 2026, at 10:00 am. by Zoom video. An updated joint statement is due to be filed by January 26, 2026, which must include a forecasted date for the dismissal of the case.

Extra thanks go to the settlement judge, Magistrate Judge Susan van Keulen.

**IT IS SO ORDERED.**

Dated: January 9, 2026

                                                  NATHANAEL M. COUSINS<br>                                                United States Magistrate Judge