Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Benjamin I. Oreper, State Bar No. 329480
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:   eelliot@bfesf.com
         elowry@bfesf.com
         boreper@bfesf.com

Attorneys for Defendants
PALO ALTO UNIFIED SCHOOL DISTRICT

EVAN C. NELSON (SBN 172957)
LAW OFFICE OF EVAN C. NELSON
1990 N. CALIFORNIA BLVD., 8TH FLOOR
WALNUT CREEK, CA 94596
Telephone: (925) 323-1991
Email: evancnelson.law@gmail.com

*Attorneys for Plaintiff Peter Colombo*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>    Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 5:24-cv-00909-NC<br><br>**JOINT STATEMENT RE SETTLEMENT STATUS**<br><br>Date:   January 28, 2026<br>Time:  10:00 a.m.<br>Via Zoom<br><br>**Hon. Nathanael M. Cousins** |

In response to the Court's order at Dkt. 260, the Parties submit the following joint statement:

The Parties have reached agreement on the terms and language of a mutual release and final settlement agreement, which is now pending final execution by the Parties and contingent only on approval by the District's Board, which will be obtained on or before February 10, 2026.

Accordingly, the Parties anticipate a request for dismissal will be filed on or before March 27, 2026.

Dated: January 26, 2026                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: _____*/s/ Benjamin I. Oreper*_____
    Eugene B. Elliot
    Ethan M. Lowry
    Benjamin I. Oreper
    Attorneys for Defendants
    PALO ALTO UNIFIED SCHOOL DISTRICT

Dated: January 26, 2026                    LAW OFFICE OF EVAN C. NELSON

By: _____*/s/ Evan C. Nelson*_____
    Evan C. Nelson
    Law Office of Jonathan McDougall
    Attorneys for Plaintiff
    PETER COLOMBO