| | |
|---|---|
| Eugene B. Elliot, State Bar No. 111475<br>Ethan M. Lowry, State Bar No. 278831<br>Benjamin I. Oreper, State Bar No. 329480<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, California 94109<br>Telephone: (415) 353-0999<br>Facsimile:  (415) 353-0990<br>Email:    eelliot@bfesf.com<br>            elowry@bfesf.com<br>            boreper@bfesf.com<br><br>Attorneys for Defendants<br>PALO ALTO UNIFIED SCHOOL DISTRICT | EVAN C. NELSON (SBN 172957)<br>LAW OFFICE OF EVAN C. NELSON<br>1990 N. CALIFORNIA BLVD., 8TH FLOOR<br>WALNUT CREEK, CA 94596<br>Telephone: (925) 323-1991<br>Email: evancnelson.law@gmail.com<br><br>*Attorneys for Plaintiff Peter Colombo* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER COLOMBO,<br><br>        Plaintiff,<br><br>v.<br><br>PALO ALTO UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No. 5:24-cv-00909-NC<br><br>**JOINT STATEMENT RE UPDATED SETTLEMENT STATUS**<br><br>Date:   February 18, 2026<br>Time:   10:00 a.m.<br>Via Zoom<br><br>**Hon. Nathanael M. Cousins** |

In response to the Court's order at ECF #262, the Parties submit the following joint statement:

The settlement agreement has been ratified by the Board and all signatures have been obtained to finalize the Agreement. All conditions necessary for dismissal of the action are anticipated to be fulfilled on or before April 10, 2026.

Dated: February 11, 2026				BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


								By:	  /s/ Benjamin I. Oreper
									Eugene B. Elliot
									Ethan M. Lowry
									Benjamin I. Oreper
									Attorneys for Defendants
									PALO ALTO UNIFIED SCHOOL DISTRICT


Dated: February 11, 2026				LAW OFFICE OF JONATHAN MCDOUGALL


								By:	  /s/ Evan C. Nelson
									Evan C. Nelson
									Law Office of Jonathan McDougall
									Attorneys for Plaintiff
									PETER COLOMBO

1

JOINT STATEMENT RE UPDATED SETTLEMENT STATUS
*Colombo v. Palo Alto Unified School District, et al.,* Case No.: 5:24-cv-00909-NC